MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MANISH KUMAR (CABN 269493)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-mail: manish.kumar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 4:14-00030 JST |
| ) | |
|    Plaintiff, ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE STATUS CONFERENCE** |
| ) | |
|   v. ) | |
| ) | |
| MARCUS BELTON, ) | |
| ) | |
|    Defendant. ) | |

This matter is currently scheduled for a status conference on October 10, 2014. The Federal Bureau of Prisons has informed the Court that the defendant's evaluation pursuant to 18 U.S.C. §§ 4241 and 4247 is expected to be completed by October 9, 2014, and that the Court should receive the final report by October 30, 2014. *See* Dkt. #78, at 2. To allow sufficient time for the defendant to be transported from the evaluation facility to this district, as well for the Court to review the evaluation report, the parties jointly request that this matter be continued to November 21, 2014 at 9:30 a.m. for a

//
//
//
//

STIP. & PROP. ORDER
CR 4:14-00030 JST         1

1  status conference.  The parties have consulted with the Courtroom Deputy regarding availability on the
2  Court's calendar.

3
4  DATED: October 8, 2014                    /s/ PAUL F. DEMEESTER
                                              Counsel for Marcus Belton
5
6  DATED: October 8, 2014                    /s/ MANISH KUMAR
                                              Special Assistant United States Attorney
7
8
9
10                                    **ORDER**

11      Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY
12  ORDERED that the status conference in this matter is continued to November 21, 2014 at 9:30 a.m.

13
14  DATED: October 9, 2014                    _____
                                              HONORABLE JON S. TIGAR
15                                            UNITED STATES DISTRICT JUDGE

STIP. & PROP. ORDER
CR 4:14-00030 JST                    2