AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

See attachment.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S ----

▶ MARCUS BELTON

DISTRICT COURT NUMBER
CR 14-00030 JST

FILED
NOV 20 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    TAI MILDER, SAUSA

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:           Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT
# DEFENDANT MARCUS BELTON

Case No. CR 14-00030 JST

COUNT ONE: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)

Maximum Penalties
Imprisonment: 10 years
Fine: $250,000, or twice the gain or loss
Supervised Release: 3 years
Special Assessment: $100

COUNT TWO: Possession With Intent to Distribute Cocaine Base In or Near School, 21 U.S.C. § 841(a)(1), (b)(1)(C), and 860

Maximum Penalties
Imprisonment: 40 years
Fine: $2,000,000
Supervised Release: 6 years (mandatory minimum) to life
Special Assessment: $100

COUNT THREE: Possession With Intent to Distribute Cocaine In or Near School, 21 U.S.C. § 841(a)(1), (b)(1)(C), and 860

Maximum Penalties
Imprisonment: 40 years
Fine: $2,000,000
Supervised Release: 6 years (mandatory minimum) to life
Special Assessment: $100

COUNT FOUR: Possession of Firearm In Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)

Maximum Penalties
Imprisonment: Life
Fine: $250,000
Supervised Release: 5 years
Special Assessment: $100

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

CR 14-00030 JST

UNITED STATES OF AMERICA,

v.

MARCUS BELTON,
a/k/a Samuel Glenn,
a/k/a Samuel Belton,
a/k/a Samuel Benton,

**FILED**

NOV 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

SUPERSEDING INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 860(a) – Possession With Intent To Distribute Controlled Substances Within 1,000 Feet of a School; 18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 924(d)(1) – Gun and Ammunition Forfeiture Allegation; 21 U.S.C. § 853(a) – Drug Forfeiture Allegation

A true bill.

_____ Foreman

Filed in open court this 20th day of Nov, 2014

_____ Clerk
11/20/14

Bail, $ No process

MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

NOV 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MARCUS BELTON,<br>　a/k/a Samuel Glenn,<br>　a/k/a Samuel Belton,<br>　a/k/a Samuel Benton,<br><br>　　　Defendant. | No. CR 14-00030 JST<br><br>VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 21 U.S.C. § 860(a) – Possession With Intent To Distribute Controlled Substances Within 1,000 Feet of a School; 18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 924(d)(1) – Gun and Ammunition Forfeiture Allegation; 21 U.S.C. § 853(a) – Drug Forfeiture Allegation<br><br>OAKLAND VENUE |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about October 14, 2013, in the Northern District of California, the defendant,

MARCUS BELTON,

having previously been convicted of a felony crime punishable by a term of imprisonment

SUP. INDICTMENT

exceeding one year, knowingly possessed a firearm and ammunition, described as (1) a Taurus brand, model PT-145 pistol, and (2) eleven rounds of .45-caliber ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:    (21 U.S.C. § 860(a) – Possession With Intent To Distribute Cocaine Base Within 1,000 Feet of a School)

On or about October 14, 2013, in the Northern District of California, the defendant,

MARCUS BELTON,

unlawfully and knowingly possessed with intent to distribute a controlled substance, specifically, a mixture and substance containing a detectable amount of cocaine base, within 1,000 feet of the real property comprising the New Highland Academy, in violation of Title 21, United States Code, Sections 860(a) and 841(a)(l) and 841(b)(l)(C).

COUNT THREE:    (21 U.S.C. § 860(a) – Possession With Intent To Distribute Cocaine Within 1,000 Feet of a School)

On or about October 14, 2013, in the Northern District of California, the defendant,

MARCUS BELTON,

unlawfully and knowingly possessed with intent to distribute a controlled substance, specifically cocaine, its salts, optical and geometric isomers, and salts of isomers, within 1,000 feet of the real property comprising the New Highland Academy, in violation of Title 21, United States Code, Sections 860(a) and 841(a)(l) and 841(b)(l)(C).

COUNT FOUR:    (18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of Drug Trafficking, and Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about October 14, 2013, in the Northern District of California, the defendant,

MARCUS BELTON

unlawfully and knowingly carried a firearm, specifically, a Taurus brand, model PT-145 pistol, during and in relation to the drug trafficking crimes charged in Counts Two and Three of this Indictment, and possessed the firearm in furtherance of the offenses alleged in Counts Two and Three of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

FIRST FORFEITURE ALLEGATION: (18 U.S.C. § 924(d) – Gun and Ammunition Forfeiture)

The allegations contained in Count One and Count Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One, or the offense in violation of Title 18, United States Code, Section 924(c) set forth in Count Four, the defendant,

MARCUS BELTON,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

　　a. A Taurus brand, model PT-145 pistol with serial number NCN906;

　　b. Eleven rounds of .45-caliber ammunition; and

　　c. A black pistol magazine containing nine rounds of .45-caliber ammunition.

SECOND FORFEITURE ALLEGATION: (18 U.S.C. § 853(a) – Drug Forfeiture)

The factual allegations contained in Counts Two and Three of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Sections 853(a)(l) and (2).

Upon a conviction of any of the offenses alleged in Counts Two and Three, the defendant,

MARCUS BELTON,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If, as a result of any act or omission of the defendant, any of said property

| | | |
|---|---|---|
| a. | cannot be located upon the exercise of due diligence; |
| b. | has been transferred or sold to or deposited with, a third person; |
| c. | has been placed beyond the jurisdiction of the Court; |
| d. | has been substantially diminished in value; or |
| e. | has been commingled with other property which cannot be divided without difficulty; |

any and all interest the defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States.

Pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), (p) and Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: 11/20/14

A TRUE BILL.

/s/ FOREPERSON

MELINDA HAAG
United States Attorney

/s/ KESLIE STEWART
Deputy Chief, Oakland Branch

(Approved as to form: /s/ )
TAI S. MILDER
Special Assistant United States Attorney

SUP. INDICTMENT                    4