

United States Attorney
Northern District of California

*11th Floor, Federal Building*  
*450 Golden Gate Ave., Box 36055*  
*San Francisco, CA 94102-3495*

(415)436-7200  
FAX: (415) 436-7234

November 20, 2014

**Via Electronic Filing**

The Honorable Donna M. Ryu  
United States Magistrate Judge  
1301 Clay Street  
Oakland, CA 94612

Re: <u>United States v. Marcus Belton</u>  
CR-14-00030 JST

Dear Judge Ryu:

The grand jury today returned a superseding indictment against Marcus Belton, the defendant in the above-referenced matter. (Dkt. No. 86.) The parties respectfully request that this matter be set for arraignment on the superseding indictment before the Court on November 21, 2014. After being arraigned on the superseding indictment, the defendant will also appear before Judge Tigar for a status conference on November 21, 2014.

If the Court has any questions or wishes that the government would provide additional information, please do not hesitate to contact me at (510) 637-3932.

Very truly yours,

MELINDA HAAG  
United States Attorney

TAI S. MILDER  
Special Assistant United States Attorney

cc: Paul Demeester, Esq. (via e-mail)