FILED

DEC 0 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marcus Belton
550 6th St
Oakland CA, 94607

UNITED STATES COURT NORTHEN DISTRICT
OF CALIFORNIA DIVISION SANFRANCISCO

in Re: case NO CR 1400030 J.S.T.
Filed ad Hoc
Notice of Motion and
Motion For inefective
Assistsnce of Counsel

To the clerk of the above entitled court For the Norther District of California please take notice that as soon as the matter may be heard on case 4:14-cr-00030-JST Document 85 Filed 11-10-14 page 1 of 4 this matter in re of Document 85

Judge Tiger I'm sorry to bring this matter back befor you. But Mr. Demeester has reverted back to His chicanery pattern of representation and contenvally implement harmful litigation to My defence. Quoting Gideon V. Wainwright. Mr. Demeester has and continue to show Pattern's Of abandonedment and with holding

Defence tactics and prior Documents to Show cause to support evidence memorandum of points and authorities in support of motion argument. Quoting Gibbs V. Legrand I have tried to give Mr. Demeester a chance to represent Me and He has chosen not to. Your Hornor You tould Me You have know Mr. Demeester for 20 years Mr. Demeester does not meet the constitutional Standard of Leagal representation to proceed in My Defence to A Federal Speedy and public Jury trial He has tould Me that He has only been in 3 Federal trial's and I doubt He was lead Attorney in any of the 3 trials I'm Faceing serious charges and Mr. Demeester Has now Shown that His representation is prefunctory and so deficient as not to amount to any defense or representation at all. defense litigation service are very important to A defendant no matter the Scrutiny that the defense counsel may Face at the end of the day Mr. Demeester Has put His oath to the court befor My constitutional rights Under the United States constitution 6th amendment s have the assistance of counsel For His Defence

And 14th amendment No state Shall make or enforce any law wich shall abridge the privileges or immunities of citizens of The United States nor shall any state deprive any person of life, liberty or property without due process of law. nor deny to any person within its Jurisdiction the equal protection of the laws.

in Conclusion

Defendant now moves for Mr. Demeester to be removed from His case and to have New counsel and to remove anytime waiver on this matter ad Hoc Solution

This motion is based on codifiying statutes case laws and United States constitution and any argument as may be presented at the hearing on this motion

Respectfully Submitted
Marcus Belton
Marcus Belton
12-1-14

Marcus Belton VIP-907
850 6th St
Oakland, CA, 94607

Legal Mail

RECEIVED
DEC 04 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Judge Jon S. Tigar
San Francisco Courthouse
Courtroom 9 - 19th Floor
450 Golden Gate Ave
San Francisco, CA 94102

