UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCUS BELTON,<br><br>        Defendant. | Case No. 14-cr-00030-JST-1<br><br>**ORDER DENYING MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 112, , 113 |

The Court has received two motions to dismiss from defendant Marcus Belton. ECF Nos. 112, 113. For the most part, the motions repeat arguments that the Court has already rejected. See ECF No. 104 (Order Denying Motion to Dismiss Count One of the Indictment and Denying Motion to Dismiss the Superseding Information for Vindictive Prosecution). The remaining arguments are frivolous.

The motions are denied. This order relieves the Government of the need to file oppositions to the motions.

**IT IS SO ORDERED.**

Dated: February 12, 2015

JON S. TIGAR
United States District Judge