UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS BELTON,<br><br>    Defendant. | CASE NO. CR 14-00030 JST<br><br>**VERDICT FORM** |

**Question 1**

We, the Jury, find Defendant Marcus Belton GUILTY √ or NOT GUILTY ____ (check one) of being a convicted felon in possession of a firearm or ammunition on or about October 14, 2013, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Superseding Indictment.

**Question 2**

We, the Jury, find Defendant Marcus Belton GUILTY √ or NOT GUILTY ____ (check one) of knowingly and intentionally possessing with intent to distribute cocaine base within 1,000 feet of a school on or about October 14, 2013, in violation of 21 U.S.C. §§ 841(a)(1) and 860, as charged in Count Two of the Superseding Indictment.

[continued]

VERDICT FORM
CR 14-00030 JST

1

**Question 3**

We, the Jury, find Defendant Marcus Belton GUILTY ✓ or NOT GUILTY ____ (check one) of knowingly and intentionally possessing with intent to distribute cocaine within 1,000 feet of a school on or about October 14, 2013, in violation of 21 U.S.C. §§ 841(a)(1) and 860, as charged in Count Three of the Superseding Indictment.

**Question 4**

We, the Jury, find Defendant Marcus Belton GUILTY ✓ or NOT GUILTY ____ (check one) of knowingly using and carrying a firearm during or in relation to a drug trafficking crime on or about October 14, 2013, in violation of 18 U.S.C. § 924(c)(1)(A), as charged in Count Four of the Superseding Indictment.

DATED: 6-29-15

_____
FOREPERSON

VERDICT FORM
CR 14-00030 JST

2