UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 44 minutes |
| Date: | November 20, 2015 | | |
| Case No.: | **4:14-cr-00030-JST-1** | | |

**United States of America**　v.　**Marcus Belton**

　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　☑　Present
　　　　　　　　　　　　　　☐　Not Present
　　　　　　　　　　　　　　☑　In Custody

| | |
|---|---|
| Manish Kumar; Tai Milder | Peter Fitzpatrick |
| U.S. Attorney | Defense Counsel |

U.S. Probation: Charlie Mabie

| | |
|---|---|
| Deputy Clerk: William Noble | Reporter: Diane Skillman |

*PROCEEDINGS*

REASON FOR HEARING:　Sentencing

RESULT OF HEARING:

1. Sentencing held. The Court overruled the Defendant's objection to the sentencing guideline calculation.
2. Defendant addressed the Court.
3. The defendant is committed to the custody of the Bureau of Prisons for a term of 240 months consisting of 120 months on count one, 180 months each on counts two and three all to be served concurrently and 60 months on count four to be served consecutively; three years supervised release on counts one through four to be served concurrently, with the special conditions set forth in the judgment. The defendant shall pay a special assessment in the amount of $400.00 due immediately. The Court finds the defendant does not have the ability to pay and orders the fine waived.
4. The Court recommends to the Bureau of Prisons the defendant be enrolled in the RDAP program.