**FILED**

JAN 05 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14-CR-00030-JST-1

12-29-15

Marcus Belton 98903-011    Self Represented:
Victorville FCC II            Indigent
P.O. Box 3725
Adelanto, CA, 92301

To the clerk of Judge Jon S. Tigar
I the defendant Marcus Belton due request a copy of the docket sheet on case NO: CR-14-00030 J.S.T. and a compleat transcript of sentencing docket on 11-20-15, and abstract of Judgement Alameda county docket # H42689(2007), Alameda county docket # 148864 (2004), Santa Cleara county docket CC514646. Judgment in criminal case DLJ Federal conviction in 1998 use of a communication of a Feloney. Judgment in criminal case DLJ Federal supervised release escape (2003). All used in Pre Sentence Report in case NO: CR-14-00030 J.S.T.    Thank You

Marcus Belton

Marcus Belton 98903-011
Victorville FCC ▓ I
P.O. Box 3725
Adelanto, CA, 92301



SN BERNARDINO CA 924
31 DEC 2015 PM 4 L

**RECEIVED**

JAN 05 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal Mail

9461252000i

The Honorable Judge Jon S. Tigar
1301 Clay St
Oakland, CA, 94612

CORRECTIONAL stamp / DE COMPL'D

P.O. ...
C/O MAILROOM
ADELANTO, CA 92301

The enclosed letter was proc... ...ugh special
mailing procedures for forwarding to ... ...
has neither been opened nor inspected. If it...
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification.
If the writer encloses correspondence for forwarding
to another address, please return the enclosure to
the above address.