# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-00030-JST-1 |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS** |
| MARCUS BELTON, | |
| Defendant/Movant. | |

Pursuant to the order signed today denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255, judgment is entered in favor of the government and against defendant Marcus Belton. Defendant Belton shall obtain no relief by way of his § 2255 motion.

**IT IS SO ORDERED.**

Dated: June 10, 2019



JON S. TIGAR
United States District Judge