UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

| | |
|---|---|
| United States Of America,<br>    plaintiff<br><br>v.<br><br><br><br><br><br><br>Marcus Belton,<br>    Defendant | ) Case No. 14-CR-00030-JST<br>) Case No. 18-CV-03595-JST<br>) REQUEST TO THE UNITED STATES<br>) DISTRICT COURT CLERK, IN RE<br>) OF FILING'S DEALING WITH<br>) SUPPLEMENTAL BRIEF, OF NEW<br>) SUBSTANTIVE RULING THAT CAME<br>) DOWN FROM THE SUPREME COURT,<br>) DEALING WITH STATUTES 922(g)(1),<br>) AND 924(c) BEING "UN-CONSISTITUTIONALLY<br>) VAGUE", DEALING WITH A FUNDAMENTAL<br>) DEFECT CAN BE RAISED ANY TIME, CITING<br>) UNITED STATES v. Pheaster, 544 F.2d<br>) 353, 361 (9th Cir. 1976). |

Dear Clerk: Susan Y. Soong;
Attn: Filing Deputies.
Rule 45 (b) is now in effect.

Now comes, Defendant/Movant pro se litigant, Marcus Belton, now moves to make a formal lodging to the U.S. District Court, Clerk for proof of the legal mail that was sent by way of Incorporated by Certified Mail Receipt # 7018 0680 0000 3350 0254. Dated. August 6, 2019. Sent to the U.S. District Court Clerk, at 1301 Clay ST. Oakland, CA. 94612.

And one sent to the U.S. Attorney's Office, to A.U.S.A. Ms. Katie B. Medearis. By way of Incorporated by Certified Mail Receipt # 7018 0680 0000 3350 0186. Dated. August 6, 2019. May the record reflect that the above filings were sent after the Defendant's Opposition and reply to the Governments response to the Defendant's 28 U.S.C. § 2255 Motion's Brief. May the record also reflect that

As of todays Date of August 23, 2019. The Defendant/Movant has not recived any notice or reply from the U.S. District Court Clerk, or the U.S. Attorney's office, and now respectfully request that a notice of receipt of the filings and Docket sheet of the above filings be sent to the Defendant/Movant to en-sure that he has not missed any deadlines or that the Court has not sent any notice or orders to the Defendant/Movant to protect his due process rights.

The Defendant has a fundamental right to recive any notice or orders from the Court's or Opposing party so that he or she can defend or be present to defend against the charge Id at 526-527, Quoting Snyder v. Masschusetts, 291 U.S. 97, 105 54 Ct. 330, 3321 78 L. Ed 674 (1934). "Due Process Clause"

And review standards "Rule Governing" the text of 28 U.S.C. § 2255 Motions, files, Records of case at bar No. 18-CV-03595-JST. As well as his right's to know that the above case No. Is no longer a shell number, but an active Civil number. The Defendant/Movant Motions are supported by Affidavit's, Exhibits under penalty of perjury under the laws of the United States Of America.

Excuted: On August 23, 2019.                Respectfully Submitted By
                                            /s/ Marcus D Belton,

```
                                    )
STATE  OF  CALIFORNIA               )
COUNTY OF SANTA BARBARA             )
_____ )
```

## AFFIDAVIT/DECLARATION

Affidavit of Marcus Belton

I, Marcus Belton., After Being Duly Sworn, depose and say as follows

I, Marcus Belton, am the party involved in the actions stated above and I, do request that the documents are ipso facto relavent and the need to cross reference or review any orders or notices to protect the deadlines by order of the Court, or any responses from the opposeing party should be granted in the Defendant/Movant's favor to protect a fundamental right under the due process clause quoting Snyder v. Masschusetts, 291 U.S. 97 105 54 Ct. 330, 3321 78 L. Ed 674 (1934).

And review standards "Rules Governing" the text of 28 U.S.C. § 2255 Motion's Files, Records of the Case at Bar No. 18-CV-03595-JST. As well as his rights to know that the above Case No.. Is no longer a shell number, but an active Civil number. The Defendant/Movant Motions are supported by Affidavits, Exhibits, under penalty of perjury under the laws of the United States of America.

Excuted: On August 23, 2019.              Respectfully Submitted

                                          /s/ *Marcus Belton*,

# Certificate of Service

I, Marcus Belton, hereby certify that I have served a true and correct copy of the following by placement in the inmate mail:

Pro se litigant, Marcus Belton, now moves to make a formal lodging to the U.S. District Court, Clerk for proof of the legal mail that was sent by way of incorporated by, certified mail receipt # 7018 0680 0000 3350 0254. dated august 6, 2019. May the record reflect that I have not recived any notice or order from the U.S. District Court.

Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. **Houston v. Lack** 101 L.Ed.2d 245 (1988) confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

United States District Court Clerk Susan Y. Soong. At 1301 Clay ST. Oakland CA. 94612.

and deposited in the United States Mail maintained by the United States Penitentiary Lompoc; Lompoc, California, all requirements of service of process required by law have been fulfilled this:

27th. day of August 2019.

United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-2706

(Name) *Marcus Belton*
98903-011
Bureau of Prisons Register Number



Marcus Belton, Reg # 98903-011
United States Penitentiary-Lompoc
3901 Klein Blvd.
Lompoc, CA. 93436.

On 8/28/19. At 6:00am.
Marcus Belton, gave his legal
mail, to C/O J. Meadows.

"LEGAL MAIL"