UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELTON,<br><br>　　　　　Defendant/Movant. | Case No.14-cr-00030-JST-1<br><br>**JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS**<br><br>Re: Dkt. No. 316 |

Pursuant to the Order signed on September 26, 2019 denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255, judgment is entered in favor of the government and against defendant/movant.  Defendant/movant shall obtain no relief by way of the § 2255 motion.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  October 4, 2019

_____
JON S. TIGAR
United States District Judge

Rev. 09-18