Marcus Belton, Reg # 98903-011.
United States Penitentiary-Lompoc.
3901 Klein Blvd.
Lompoc, CA. 93436.



FILED
MAR 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States Of America, | ) Case No. 14-CR-00030-JST. |
|     plaintiff, | ) MOTION OF REQUEST UNDER Fed. |
| | ) R. App. P. 4(a)(6) TO REOPEN |
| | ) THE TIME FOR APPEAL DUE TO |
| | ) THE FACT THAT I, JUST RECEIVED |
| | ) A LETTER FROM THE U.S. APPEALS |
| v. | ) COURT STATING THAT MY 2255 MOTION |
| | ) WAS DENIED ON OCTOBER 4, 2019. MAY |
| | ) THE RECORD REFLECT THAT I NEVER |
| | ) RECEIVED ANYTHING FROM THE U.S. |
| | ) DISTRICT COURT CLERK TELLING ME |
| Marcus Belton, | ) THAT MY 2255 APPEAL WAS DENIED |
|     Defendant. | ) THE PRISON HAS FAILED TO GIVE ME |
| | ) MY LEGAL MAIL. |

Now comes, Defendant/Movant, Marcus Belton, pro se by and through the record requesting due process to be notified of the U.S. District Court's order's and findings dealing with his 2255 Motion being denied may the record show through the U.S. District Court's Docket sheet Id at docket #315, 318, 319, 320. of numerous request for updated docket sheet and various orders from the court, also docket 320 shows A request Motion for a writ of mandamus, why would the Defendant file A writ of mandamus if He knew his 2255 Motion was denied?, see docket #299. also docket # 312 on 7/19/19 notice of substitution of Attorney as to Marcus Belton, may the record show I was never notified of this untill 3/3/2020 when My wife sent the docket of pacer Account, I request to see any stipulations made by Attorney Andrew Briggs
See Staff informal resolve of legal mail Appendix 6 pages

and that if any thing he has done with out My Knowleged I do oject to, due to He never contacted Me that He was representing Me what Attorney would do this and not notified his client or keep the client awear of key developments in the case canon #3. See exhibit A of the order from the U.S. Appeals Court, see exhibit B,C,D. exhibits B,C,D are copies of the U.S. District Court's docket sheet, the docket sheets are now ipso facto relevant to support his claims to reopen the time for Appeal under Fed. R. App. P. 4 (a)(6) with attached Affidavit and exhibits A,B,C,D.

## RELIEF

(1) That the Motion of request under Fed. R. App. P. 4(a)(6) be granted to protect the Defendant due process rights dealing with his Appeal

(2) that the notice of substitution of counsel Andrew Briggs and any stipulations made be disclosed to the Defendant.

(3) And that all orders and findings from the U.S. District be disclosed to the Defendant.

(4) And that the U. S. District Court give an order to the Clerk of the court to sign all envelops sent to the Defendant with legal mail and special mail so that the Lompoc prison mail room staff will have to send to the Defendants Counselor Mr. Floyd for the Defendants signature to protect his access to the courts as well as his Appeal

Excecuted: 3/3/2020                    /s/Marcus Belton,

                                       _____,

STATE  OF CALIFORNIA     )
COUNTY OF SANTA BARBAR  )

## AFFIDAVIT/DECLARATION

### Of Marcus Belton

This Affidavit is submitted in support of Defendants Motion for request under Fed. R. App. P. 4 (a)(6) to reopen the time for Appeal due to the fact that I, just found out that My 2255 Motion was denied and I never received this order from the U.S. District Court, so how could I have know to file the Notice for Appeal or object to the findings by the Court for a Motion to re-consider, I would also like to have any stipulations made by Attorney Andrew Briggs disclosed to Me under ABA model rules to protect My due process rights May the record reflect that this Motion was filed with an Affidavit, and exhibits A,B,C,D. in support of My request to the U.S. District Court may the relief be granted in the interest of justice and the public trust

Executed: 3/3/2020                    /s/Marcus Belton,

under penalty of perjury of law of the United States I do declear that the above is correct and true to the best of My Knowledge and if called to testifie I could do so compently I, marcus Belton due reside 3901 klein Blvd. Lompoc, CA. 93436.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MARCUS BELTON. | No. 20-70244 |
| MARCUS BELTON, | D.C. No. 4:14-cr-00030-JST-1 Northern District of California, Oakland |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND, | |
| Respondent, | |
| UNITED STATES OF AMERICA, | |
| Real Party in Interest. | |

Before: CANBY, GOULD, and WATFORD, Circuit Judges.

A review of the district court record shows that the district court denied petitioner's motion under 28 U.S.C. § 2255 and entered judgment on October 4, 2019. Petitioner thus has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

This denial is without prejudice to petitioner filing in the district court a motion to reopen the time for appeal. *See* Fed. R. App. P. 4(a)(6).

The motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

No further filings will be accepted in this closed case.

**DENIED.**

TRULINCS 98903011 - BELTON, MARCUS - Unit: LOM-F-A

---

04/23/2019   300   ORDER of USCA: That the appeal is dismissed for lack of jurisdiction, as to Marcus Belton re 297 Notice of Appeal - Interlocutory. USCA No. 19-15688 (jlmS, COURT STAFF) (Filed on 4/23/2019) (Entered: 04/23/2019)

05/03/2019   301   REPLY TO RESPONSE to Motion by Marcus Belton re 296 Response to Motion (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 5/3/2019) (Entered: 05/06/2019)

06/05/2019   302   MOTION for Order re Deadline to File Answer to Defendant's 28 2255 Motions Brief re 289 Order, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 6/5/2019) (Entered: 06/05/2019)

06/10/2019   303   ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE as to Marcus Belton. Signed by Judge Jon S. Tigar on June 10, 2019. The deputy clerk hereby certifies that on 6/10/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mlIS, COURT STAFF) (Filed on 6/10/2019) (Entered: 06/10/2019)

06/10/2019   304   JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS in a Criminal Case as to Marcus Belton. Pursuant to the Order signed today denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. 2255, judgment is entered in favor of the government and against defendant/movant. Defendant/movant shall obtain no relief by way of the 2255 motion. Signed by Judge Jon S. Tigar on June 10, 2019. The deputy clerk hereby certifies that on 6/10/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing.(mlIS, COURT STAFF) (Filed on 6/10/2019) (Entered: 06/10/2019)

06/11/2019   305   MOTION for Request of Updated Docket Sheet be Sent to the Pro Se Defendant Marcus Belton and all Conference Status in the Above Case at Bar, by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 6/11/2019) (Entered: 06/11/2019)

06/12/2019   306   ORDER TO SERVE DEFENDANT AND VACATING JUDGMENT. Signed by Judge Jon S. Tigar on June 12, 2019. The deputy clerk hereby certifies that on 6/12/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mlIS, COURT STAFF) (Filed on 6/12/2019) (Entered: 06/12/2019)

06/17/2019   307   MANDATE of USCA (certified copy): Issued pursuant to FRAP Rule 41(a) as to Marcus Belton. USCA No. 19-15688 (jlmS, COURT STAFF) (Filed on 6/17/2019) (Entered: 06/18/2019)

06/20/2019   308   Second MOTION for Request of Updated Docket Sheet be Sent to the Pro Se Defendant Marcus Belton and all Conference Status, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 6/20/2019) (Entered: 06/20/2019)

06/21/2019   309   Certificate of Service by USA as to Marcus Belton re 296 United States' Response to Defendant's Motion Under 28 U.S.C. 2255 (Medearis, Katie) (Filed on 6/21/2019) Modified on 6/24/2019 (jlmS, COURT STAFF). (Entered: 06/21/2019)

06/25/2019   310   ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE REPLY. Responses due by 7/25/2019. Signed by Judge Jon S. Tigar on June 25, 2019. The deputy clerk hereby certifies that on 6/25/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mlIS, COURT STAFF) (Filed on 6/25/2019) (Entered: 06/25/2019)

06/25/2019         Docket Report mailed per Order 310, as to Marcus Belton: (jlmS, COURT STAFF) (Filed on 6/25/2019) (Entered: 06/25/2019)

07/18/2019   311   OPPOSITION and REPLY to 296 Response to 2255 Motion, by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 7/18/2019) (Entered: 07/18/2019)

07/19/2019   312   NOTICE of Substitution of Attorney as to Marcus Belton (Briggs, Andrew) (Filed on 7/19/2019) (Entered: 07/19/2019)

07/22/2019   313   MOTION filed in Conjunction with 311 OPPOSITION and REPLY to Response to 2255 Motion, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 7/22/2019) (Entered: 07/24/2019)

08/09/2019   314   SUPPLEMENTAL BRIEF, NEW SUBSTANTIVE RULING THAT CAME DOWN FROM THE SUPREME COURT DEALING WITH STATUTES 922(g)(1), AND 924(c) BEING "UNCONSTITUTIONALLY VAGUE, DEALING WITH A FUNDAMENTAL DEFECT CAN BE RAISED ANY TIME CITING UNITED STATES V. Pheaster, 544 F.2d 353, 361 (9th Cir. 1976). (Fed. R. Crim. P. 12(b)(2)(A MOTION THAT THE COURTS LACKS JURISDICTION MAY BE MADE AT ANY TIME WHILE THE CASE IS PENDING.") by Marcus Belton as to Marcus Belton. (wsnS, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/20/2019)

09/03/2019   315   NOTICE AND REQUEST RE FILINGS DEALING WITH SUPREME COURT RULING RELATED TO 922(g)(1) AND 924(c), filed by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 9/3/2019). (Entered: 09/03/2019)

09/26/2019   316   ORDER denying 313 Motion to Vacate, Set Aside, or Correct Sentence as to Marcus Belton (1) Signed by Judge Jon S. Tigar on September 26, 2019. (mlIS, COURT STAFF) Modified on 11/26/2019 (jlm, COURT STAFF). (Entered: 09/26/2019)

10/04/2019   317   JUDGMENT in a Criminal Case for 28 USC 2255 Proceedings as to Marcus Belton. Pursuant to the Order signed today denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. 2255, judgment is entered in favor of the government and against defendant/movant. Defendant/movant shall obtain no relief by way of the 2255 motion. Signed by Judge Jon S. Tigar on October 4, 2019. The deputy clerk hereby certifies that on 10/4/19, a copy of this order

TRULINCS 98903011 - BELTON, MARCUS - Unit: LOM-F-A

---

mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mlIS, COURT STAFF) (Filed on 6/12/2019) (Entered: 06/12/2019)
06/17/2019      307     MANDATE of USCA (certified copy): Issued pursuant to FRAP Rule 41(a) as to Marcus Belton. USCA No. 19-15688 (jlmS, COURT STAFF) (Filed on 6/17/2019) (Entered: 06/18/2019)
06/20/2019      308     Second MOTION for Request of Updated Docket Sheet be Sent to the Pro Se Defendant Marcus Belton and all Conference Status, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 6/20/2019) (Entered: 06/20/2019)
06/21/2019      309     Certificate of Service by USA as to Marcus Belton re 296 United States' Response to Defendant's Motion Under 28 U.S.C. 2255 (Medearis, Katie) (Filed on 6/21/2019) Modified on 6/24/2019 (jlmS, COURT STAFF). (Entered: 06/21/2019)
06/25/2019      310     ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE REPLY. Responses due by 7/25/2019. Signed by Judge Jon S. Tigar on June 25, 2019. The deputy clerk hereby certifies that on 6/25/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mlIS, COURT STAFF) (Filed on 6/25/2019) (Entered: 06/25/2019)
06/25/2019              Docket Report mailed per Order 310 , as to Marcus Belton: (jlmS, COURT STAFF) (Filed on 6/25/2019) (Entered: 06/25/2019)
07/18/2019      311     OPPOSITION and REPLY to 296 Response to 2255 Motion, by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 7/18/2019) (Entered: 07/18/2019)
07/19/2019      312     NOTICE of Substitution of Attorney as to Marcus Belton (Briggs, Andrew) (Filed on 7/19/2019) (Entered: 07/19/2019)
07/22/2019      313     MOTION filed in Conjunction with 311 OPPOSITION and REPLY to Response to 2255 Motion, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 7/22/2019) (Entered: 07/24/2019)
08/09/2019      314     SUPPLEMENTAL BRIEF, NEW SUBSTANTIVE RULING THAT CAME DOWN FROM THE SUPREME COURT DEALING WITH STATUTES 922(g)(1), AND 924(c) BEING "UNCONSTITUTIONALLY VAGUE, DEALING WITH A FUNDAMENTAL DEFECT CAN BE RAISED ANY TIME CITING UNITED STATES V. Pheaster, 544 F.2d 353, 361 (9th Cir. 1976). (Fed R. Crim. P. 12(b)(2)(A MOTION THAT THE COURTS LACKS JURISDICTION MAY BE MADE AT ANY TIME WHILE THE CASE IS PENDING.") by Marcus Belton as to Marcus Belton. (wsnS, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/20/2019)
09/03/2019      315     NOTICE AND REQUEST RE FILINGS DEALING WITH SUPREME COURT RULING RELATED TO 922(g)(1) AND 924(c), filed by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 9/3/2019). (Entered: 09/03/2019)
09/26/2019      316     ORDER denying 313 Motion to Vacate, Set Aside, or Correct Sentence as to Marcus Belton (1) Signed by Judge Jon S. Tigar on September 26, 2019. (mlIS, COURT STAFF) Modified on 11/26/2019 (jlm, COURT STAFF). (Entered: 09/26/2019)
10/04/2019      317     JUDGMENT in a Criminal Case for 28 USC 2255 Proceedings as to Marcus Belton. Pursuant to the Order signed today denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. 2255, judgment is entered in favor of the government and against defendant/movant. Defendant/movant shall obtain no relief by way of the 2255 motion. Signed by Judge Jon S. Tigar on October 4, 2019. The deputy clerk hereby certifies that on 10/4/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mlIS, COURT STAFF) (Filed on 10/4/2019) (Entered: 10/04/2019)
11/20/2019      318     NOTICE OF REQUEST FOR DOCKET SHEET AND VARIOUS ORDERS FROM THE COURT by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 11/20/2019) (Entered: 11/26/2019)
12/11/2019      319     NOTICE OF REQUEST FOR AN UP-DATED DOCKET SHEET AND VARIOUS OTHER DOCUMENTS by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 12/11/2019) (Entered: 12/11/2019)
01/24/2020      320     MOTION for a Writ of Mandamus, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 1/24/2020) (Entered: 01/24/2020)
01/30/2020      321     ORDER of USCA: That appellant's motions to recall the mandate are DENIED. There are no extraordinary circumstances justifying recalling the mandate. No further filings will be entertained in this closed case, as to Marcus Belton re 203 Notice of Appeal. USCA No. 15-10571 (jlmS, COURT STAFF) (Filed on 1/30/2020) (Entered: 02/03/2020)
02/26/2020      322     ORDER of USCA: Denying petition for mandamus without prejudice. The motion to proceed in forma pauperis is denied as moot. No further filings will be accepted in this closed case, as to Marcus Belton. USCA No. 20-70244 (jlmS, COURT

MARCUS BELTON on 3/3/2020 12:05:28 AM wrote
you must go on the pacer account tonight, & look at the U.S. District Court docket sheet date of October 4, 2019. & see what it say The Appeals court sent Me a letter saying that the District Court denied My 2255 on October 4 2019. I never received any thing from the District court get on this asap! so I want be denied the right to Appeal or get time barded see if any denial is even on the pacer account for that date do this now Aminah case # 4:14CR-00030-JST. I need you to act fast Aminah so I can show that I never received this or has the Appeal made a mistake. ok

TRULINCS 98903011 - BELTON, MARCUS - Unit: LOM-F-A

---

04/23/2019    300    ORDER of USCA: That the appeal is dismissed for lack of jurisdiction, as to Marcus Belton re 297 Notice of Appeal - Interlocutory. USCA No. 19-15688 (jlmS, COURT STAFF) (Filed on 4/23/2019) (Entered: 04/23/2019)

05/03/2019    301    REPLY TO RESPONSE to Motion by Marcus Belton re 296 Response to Motion (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 5/3/2019) (Entered: 05/06/2019)

06/05/2019    302    MOTION for Order re Deadline to File Answer to Defendant's 28 2255 Motions Brief re 289 Order, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 6/5/2019) (Entered: 06/05/2019)

06/10/2019    303    ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE as to Marcus Belton. Signed by Judge Jon S. Tigar on June 10, 2019. The deputy clerk hereby certifies that on 6/10/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mllS, COURT STAFF) (Filed on 6/10/2019) (Entered: 06/10/2019)

06/10/2019    304    JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS in a Criminal Case as to Marcus Belton. Pursuant to the Order signed today denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. 2255, judgment is entered in favor of the government and against defendant/movant. Defendant/movant shall obtain no relief by way of the 2255 motion. Signed by Judge Jon S. Tigar on June 10, 2019. The deputy clerk hereby certifies that on 6/10/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing.(mllS, COURT STAFF) (Filed on 6/10/2019) (Entered: 06/10/2019)

06/11/2019    305    MOTION for Request of Updated Docket Sheet be Sent to the Pro Se Defendant Marcus Belton and all Conference Status in the Above Case at Bar, by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 6/11/2019) (Entered: 06/11/2019)

06/12/2019    306    ORDER TO SERVE DEFENDANT AND VACATING JUDGMENT. Signed by Judge Jon S. Tigar on June 12, 2019. The deputy clerk hereby certifies that on 6/12/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mllS, COURT STAFF) (Filed on 6/12/2019) (Entered: 06/12/2019)

06/17/2019    307    MANDATE of USCA (certified copy): Issued pursuant to FRAP Rule 41(a) as to Marcus Belton. USCA No. 19-15688 (jlmS, COURT STAFF) (Filed on 6/17/2019) (Entered: 06/18/2019)

06/20/2019    308    Second MOTION for Request of Updated Docket Sheet be Sent to the Pro Se Defendant Marcus Belton and all Conference Status, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 6/20/2019) (Entered: 06/20/2019)

06/21/2019    309    Certificate of Service by USA as to Marcus Belton re 296 United States' Response to Defendant's Motion Under 28 U.S.C. 2255 (Medearis, Katie) (Filed on 6/21/2019) Modified on 6/24/2019 (jlmS, COURT STAFF). (Entered: 06/21/2019)

06/25/2019    310    ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE REPLY. Responses due by 7/25/2019. Signed by Judge Jon S. Tigar on June 25, 2019. The deputy clerk hereby certifies that on 6/25/19, a copy of this order was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. (mllS, COURT STAFF) (Filed on 6/25/2019) (Entered: 06/25/2019)

06/25/2019           Docket Report mailed per Order 310 , as to Marcus Belton: (jlmS, COURT STAFF) (Filed on 6/25/2019) (Entered: 06/25/2019)

07/18/2019    311    OPPOSITION and REPLY to 296 Response to 2255 Motion, by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 7/18/2019) (Entered: 07/18/2019)

07/19/2019    312    NOTICE of Substitution of Attorney as to Marcus Belton (Briggs, Andrew) (Filed on 7/19/2019) (Entered: 07/19/2019)

07/22/2019    313    MOTION filed in Conjunction with 311 OPPOSITION and REPLY to Response to 2255 Motion, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 7/22/2019) (Entered: 07/24/2019)

08/09/2019    314    SUPPLEMENTAL BRIEF, NEW SUBSTANTIVE RULING THAT CAME DOWN FROM THE SUPREME COURT DEALING WITH STATUTES 922(g)(1), AND 924(c) BEING "UNCONSTITUTIONALLY VAGUE, DEALING WITH A FUNDAMENTAL DEFECT CAN BE RAISED ANY TIME CITING UNITED STATES V. Pheaster, 544 F.2d 353, 361 (9th Cir. 1976). (Fed R. Crim. P. 12(b)(2)(A MOTION THAT THE COURTS LACKS JURISDICTION MAY BE MADE AT ANY TIME WHILE THE CASE IS PENDING.") by Marcus Belton as to Marcus Belton. (wsnS, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/20/2019)

09/03/2019    315    NOTICE AND REQUEST RE FILINGS DEALING WITH SUPREME COURT RULING RELATED TO 922(g)(1) AND 924(c), filed by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 9/3/2019). (Entered: 09/03/2019)

09/26/2019    316    ORDER denying 313 Motion to Vacate, Set Aside, or Correct Sentence as to Marcus Belton (1) Signed by Judge Jon S. Tigar on September 26, 2019. (mllS, COURT STAFF) Modified on 11/26/2019 (jlm, COURT STAFF). (Entered: 09/26/2019)

10/04/2019    317    JUDGMENT in a Criminal Case for 28 USC 2255 Proceedings as to Marcus Belton. Pursuant to the Order signed today denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. 2255, judgment is entered in favor of the government and against defendant/movant. Defendant/movant shall obtain no relief by way of the 2255 motion. Signed by Judge Jon S. Tigar on October 4, 2019. The deputy clerk hereby certifies that on 10/4/19, a copy of this order

TRULINCS 98903011 - BELTON, MARCUS - Unit: LOM-F-A

----------------------------------------------------------------------------------------

was served by sending it via first-class mail to the address of each non-CM/ECF user listed on the Notice of Electronic Filing. mllS, COURT STAFF) (Filed on 10/4/2019) (Entered: 10/04/2019)
11/20/2019    318    NOTICE OF REQUEST FOR DOCKET SHEET AND VARIOUS ORDERS FROM THE COURT by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 11/20/2019) (Entered: 11/26/2019)
12/11/2019    319    NOTICE OF REQUEST FOR AN UP-DATED DOCKET SHEET AND VARIOUS OTHER DOCUMENTS by Marcus Belton (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 12/11/2019) (Entered: 12/11/2019)
01/24/2020    320    MOTION for a Writ of Mandamus, filed by Marcus Belton. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 1/24/2020) (Entered: 01/24/2020)
01/30/2020    321    ORDER of USCA: That appellant's motions to recall the mandate are DENIED. There are no extraordinary circumstances justifying recalling the mandate. No further filings will be entertained in this closed case, as to Marcus Belton re 203 Notice of Appeal. USCA No. 15-10571 (jlmS, COURT STAFF) (Filed on 1/30/2020) (Entered: 02/03/2020)
02/26/2020    322    ORDER of USCA: Denying petition for mandamus without prejudice.

MARCUS BELTON on 3/3/2020 10:51:34 AM wrote
'm in total panic mold right now & this is the shit I was warning you about them trying to time bar you when you have strong issues, so please take My requests to you seriously, about sending the Docket sheet from the U.S. District Court date of October 4, 2019. in fact start from September 20 through October 31, 2019. do this asap so I can get at the court, in fact call the District court clerk & tell them I never received any orders from the court in October 4, 2019. & is My 2255 still pending, need to know what is going on with My case & the prison is not using the proper procedure with our legal mail, & to send Me all orders from the court during the month of October 2019.

```
                                                          FCC 1330.16
                                                          May 14, 2008
                                                          Attachment 1
```

**INFORMAL RESOLUTION**          DATE: March 6, 2020

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9, WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC/IDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: Belton, Marcus     REG. NO.: 98903-011     UNIT: C

DATE BP-9 REQUESTED: _____

DATE BP-9 ISSUED    : _____

DATE BP-9 RETURNED  : _____

INMATE'S COMPLAINT: Mail room staff is in violation of Program Statement 5800.10, Mail Room Staff "shall maintain a log detailing receipt and delivery of special mail". Additionally special/legal mail "shall be time-stamped, or a handwritten note shall be made on the envelope, to show date and time received in mail room". Unit staff should consider logging this mail in thei unit log book. Inmate Systems Managers "shall" periodically review the special/legal mail delivery process to ensure that policy requirements are met.

RELIEF REQUESTED: Ad-Hoc investigation dealing with the legal mail sent on October 4, 2019. And that Belton be provided a memo to protect the timing to protect his Appeal rights, due to he never received his legal mail on time.

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: A review of the Unit Legal/Special Mail Log Book for the time period from October 1 thru October 31, 2019 was conducted. The review of the log showed that no legal/special mail was processed during this time frame that was addressed to you. An informal interview was conducted with you, where I explained to you the process in which I explained to you how legal/special mail is handled and tracked. An interview was also conducted with mail room staff in regards to the processing and distribution of legal/special mail. The outcome of this interview was that mail room staff document and process legal/special mail in accordance with Program Statement 5800.16 Mail Management Manual and Complex Supplement FCC 5800.16b Mail Management.

CORRECTIONAL COUNSELOR: D. Jones _____     DATE: March 6, 2020

UNIT MANAGER'S COMMENTS/ASSISTANCE: Concur with the Counselor's finding(s).

UNIT MANAGER: _____     DATE: 3/6/20

# BP-8 INFORMAL RESOLUTION

Date : 3/4/2020.                    Name: Marcus Belton

Reason:   Due process Violation     Reg.No.: 98903-011

**Inmates complaint and or concerns:** Mail Room Staff is in violation Program Statement OPI:CPD #5800.10 Mail Room Staff "shall" maintain a log detailing receipt and delivery of special mail. Additionally special/legal mail "shall be time-stamped, or a handwritten note "shall be made on the envelope, to show date & time received in mail room. Unit staff should consider logging this mail in their unit log book. Inmate Systems Managers "Shall" periodically review the special/legal mail delivery process to ensure that policy requir.

**Relief requested:** ad-Hoc invistigation dealing with the legal mail sent on Occtober 4, 2019. And that Belton be provied a memo to protect the timeing to protect His Appeeal rights, due to He never received His legal Mail on time. See Attached Affidavit & Small Claims, for Stress & duress for puting His Appeal in danger

**Program statements referenced or otherwise utilized:** _____

*Marcus Belton*
**Inmates signature**

BP-S148.070  INMATE REQUEST TO STAFF MEMBER  CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Date _____

TO: _____
           (Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

_____
_____
_____
_____
_____
_____
_____
_____
_____

(Use other side of page if more space is needed)

NAME: _____ | No.: _____
Work Assignment: _____ | Unit: _____

Note: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)           DATE _____

                                                    _____
                                                             Officer

Record Copy - File; Copy - Inmate
(This form may be replicated via WP) Replaces BP-148 of OCT 86

## AFFIDAVIT/DECLARATION
## Of Marcus Belton

This Affidavit is submitted in support of Defendants Motion for request under Fed. R. App. P. 4 (a)(6) to reopen the time for Appeal due to the fact, that ISM's Staff did not specifically consult with unit staff and review requisite record keeping to ensure that delivery time frams are being met.

Inmate Belton now seek's $ 2,200 Hundred in damagees, for the Obstruction of His legal filings through institutional legal Mail here at lompoc-USP for noncompliance of request for documents/ attchments that he never received legally and on time, if the documents are not found & memo not provied, small claims not granted, and He has to go to the next level the amount will be $7,500 Hundred for the violations stated above proof of the documents that were sent to Belton can & will be Id at U.S. District Court docket sheet #317, The deputy clerk herby certifies that on 10/4/19, a copy of this order was served by sending it via first-class mail to the address of each non CM/ECF user listed on the notice of eletronic filing. This Affidavit is under the penalty of perjury of the law of the United States Of America.

Executed: 3/4/2020.                    /s/Marcus Belton

Reg # 98903-011.

*Marcus Belton*

BP-A0943  Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| 1. Location where the property loss or damage occurred: United States penitentiary-Lonpoc | 2. Name, address of claimant (Register number, street, city, state, and zip code): Marcus Belton, Reg # 98903-011  3901 Klein Blvd. Lompoc, CA. 93436. |
| 3. Date and Day of Incident: October 4, 2019. | 4. Time: (A.M. or P.M.): U/K |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

Mail Staff is in violation of Program Statement OPI:CPD #5800.10 & violating the Importance of ensuring the timely delivery of legal mail. I have been denied an investigation of My legal Mail & now My Appeal is in danger due to the Mail room staff, obstruction of legal filings through institutional legal mail receipt of orders from the U.S. District Court, I'm now time barred for noncompliance to respond

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)): My wife Krystal Sipp, 6230 Hayes ST. Oakland CA.

Susan Soong United States Court Clerk, 1301 Clay ST. Oakland CA, 94612.

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim): $2,200, only if the agreements is Aproved at this level if not the amount will be $7,500. for the Mental stress, & emotional Stress caused by the time bar of My Appeal & due process are now in danger. If the memo & documents are not found.

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED
My Claim is still befor the prison at Lompoc, for relief &resolution

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM. I do not understand this part

| 9. Signature of Claimant or Authorized Representative  *Marcus Belton* | 10. Date  3/4/2020. |
|---|---|

PDF                                Prescribed by PS 1320

# ADDITIONAL INSTRUCTIONS FOR COMPLETING STANDARD FORM 95.

1. Submit 2 copies of the completed form

2. Fill in every numbered blank

3. Be definitive when stating monetary values

4. Make sure your claim is factual

5. If your claim is for property, make sure you give a <u>description</u>, <u>monetary value</u>, <u>purchase date</u> and <u>place of purchase</u> for each item.

6. If your claim is for personal injury any medical records supporting your claim (other than the Bureau of Prisons medical records) should be supplied with this claim.

7. This claim (2 copies) is to be mailed by you directly to the Region Counsel for the Region in which you claim arose. The addresses are as follows:

| North Central Regional Office<br>400 State Avenue<br>Tower II, Suite 800<br>Kansas City, KS 66101 | Mid Atlantic Regional Office<br>10010 Junction Drive<br>Annapolis Junction, MD 20701 | Northeast Regional Office<br>US Custom House<br>2nd & Chestnut Street 7th Floor<br>Philadelphia, PA 19106 |
|---|---|---|
| South Central Regional Office<br>U. S. Armed Forces Reserve Complex<br>344 Marine Forces Drive<br>Grand Prairie, TX 75051 | Southeast Regional Office<br>3800 Camp Creek Parkway, SW<br>Building 2000<br>Atlanta, GA 30331 | Western Regional Office<br>7338 Shoreline Drive Stockton<br>California 95219 |

# Certificate of Service

I, Marcus Belton hereby certify that I have served a true and correct copy of the following by placement in the inmate mail: A Motion of request under Fed. R. App. P. 4 (a)(6) to reopen the time for Appeal due to the fact that Belton just received An order from the U.S. Appeals Court stating that his 2255 Motion was denied on October 4, 2019. May the record reflect that Belton never received anything from the U.S. District Court Clerk sending the order of denial, See Prison staff stating no legal mail for Belton on October 4, 2019. Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. **Houston v. Lack** 101 L.Ed.2d 245 (1988) confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to: U.S. District Court, at 1301 Clay St. Oakland CA. 94612

and deposited in the United States Mail maintained by the United States Penitentiary Lompoc; Lompoc, California, all requirements of service of process required by law have been fulfilled this:

9th. day of March 20 20.

United States Penitentiary
3901 Klein Boulevard.
Lompoc, CA 93436-2706

(Name) Marcus Belton

98903-011
Bureau of Prisons Register Number