UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BELTON,<br><br>　　　　　Defendants. | Case No.: 14-cr-00030-JST-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

　(1)　I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

　(2)　On 4/8/2020, I SERVED a true and correct copy of the Order Denying Motion To Vacate, Set Aside, Or Correct Sentence As To Marcus Belton, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

**Marcus Belton**
98903-011
United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-2706

Dated: 4/8/2020

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to
　　　　　　　　　　　　　　　　　　　the Honorable Jon S. Tigar

*Service_Certificate _CRD*
*rev. August 2018*