UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS BELTON,<br><br>Defendant/Movant. | Case No. 14-cr-00030-JST-1<br><br>**JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS**<br><br>Re: ECF No. 316 |

Pursuant to the Order signed on September 26, 2019 denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255, *see* ECF No. 316, and the July 16, 2020 order vacating the judgment originally issued on October 4, 2019, *see* ECF Nos. 317, 331, judgment is reentered in favor of the government and against defendant/movant.

Defendant/movant shall obtain no relief by way of the Section 2255 motion.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 16, 2020

_____
JON S. TIGAR
United States District Judge