JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9th St, Suite 200
Oakland, Ca 94607
Phone: (415) 623-3600
Fax: (415) 623-3605

Attorneys for Defendant
MARCUS BELTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 14-030 JST |
|---|---|
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE OF ASSOCIATE COUNSEL FOR DEFENDANT MARCUS BELTON** |
| v. | |
| MARCUS BELTON, | |
| Defendant. | |

TO THE COURT, UNITED STATES, AND DEFENSE COUNSEL:

PLEASE TAKE NOTICE that Marcus Belton hereby files this Notice of Appearance to advise the court that attorney Ashley Riser should be added to the docket as associate counsel on behalf of Defendant Marcus Belton. Please include Ashley Riser in all future correspondence, pleadings, and notices.

Ashley Riser's information is as follows:

Ashley Riser
483 9th St, Suite 200
Oakland, Ca 94607
Email: ashley@jaynelawgroup.com
Phone: (415) 623-3600
Fax:    (415) 623-3605

DATED: July 26, 2020

Respectfully submitted,

JAYNE LAW GROUP, P.C.

By: _____/s/_____
JULIA MEZHINSKY JAYNE
Attorney for Defendant
MARCUS BELTON