UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT


FILED
JUL 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 14-CR-00030-JST-1 |
| Plaintiff, | ) | Informal Brief to Reconsider |
| | ) | [ECF Nos. 316-09/26/19] and In |
| | ) | Alternative Grant Certificate Of |
| | ) | Appealability |
| v. | ) | Request For Order Leave To Amend |
| | ) | Under Federal Rules Of Civil |
| | ) | Procedure 15 (a) To Correct the |
| | ) | Wrongful omissions in the Informal |
| MARCUS BELTON, | ) | Brief that was sent to the court & |
| Defendant | ) | U.S. Attorney's Office |

This Motion of request is due to Belton is stil on quarantine & is only allowed out of his cell for law libarary for one hour a week which he has had to hire a Para legal & due to the time of dead line the first draft of his Informal Brief was sent befor he had a chance to review it, and Belton do not want **to mislead** the Court **or Government** Attorney's Belton is asking for an additional two weeks to have the corrections in the Brief so that the filings in the Brief are clear Belton respectfully prays that the Court Grant this request

This is under the penalty of perjury and in good faith

Respectfully Submitted,    /s/Marcus Belton
Excuted on July 16,2020    *Marcus Belton*,
                           98903-011

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Marcus Belton** — **98903-011** — **F-unit** — **USP-Lompoc**
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A– INMATE REQUEST**

I would like to know why I'm being denied by My unit team for review under 3582, for Home confinement, I have high blood presure, Type two kidney disease, Asthma. I'm 49 years old on a walker due to lower back problems and half of my time is served with good time, I'm non volient. This modife program with me being in a cell for over 20 hours a day is causing extrem pain in my back and keens, I also have an on going Appeal in the courts and my communication with my Para legal is not working due to I don't know when I'm coming out of the cell this is now causing Mental deterioation I feel helpless I feel like I'm in the hole for no reason violation of My 8th Amend right crule and unusual punishment.

July 16, 2020
DATE

*Marcus Belton*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                                CASE NUMBER: _____

-----------------------------------------------------------------------------------
                                                               CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: _____

_____
DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)

| | | | |
|---|---|---|---|
| **Complex:** LOX--LOMPOC FCC | | **Begin Date:** 06/16/2019 | **End Date:** 06/16/2020 |
| **Inmate:** BELTON, MARCUS | **Reg #:** 98903-011 | | **Quarter:** F02-012L |

## Active Prescriptions

**Rx#:** 302779-LOX  **Doctor:** Souferzadeh, Navid MD
**Start:** 07/20/19  **Exp:** 07/20/19   **Pharmacy Dispensings:** 0 TAB in 332 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth each day (per provider ) ***pill line*** ***pill line***
**Rx#:** 313483-LOX  **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/03/20  **Exp:** 01/02/21   **D/C:** 04/16/20   **Pharmacy Dispensings:** 30 TAB in 165 days

Lisinopril 10 MG Tab
Take one tablet (10 MG) by mouth daily ***pill line***
**Rx#:** 320775-LOX  **Doctor:** Watson, William MD
**Start:** 04/15/20  **Exp:** 10/12/20   **Pharmacy Dispensings:** 30 TAB in 62 days

metFORMIN HCl 500 MG Tab
Take one tablet (500 MG) by mouth twice daily
**Rx#:** 294640-LOX  **Doctor:** Watson, William MD
**Start:** 04/04/19  **Exp:** 10/01/19   **Pharmacy Dispensings:** 60 TAB in 439 days

metFORMIN HCl 500 MG Tab
Take one tablet (500 MG) by mouth twice daily (per provider) ***pill line*** ***pill line***
**Rx#:** 313484-LOX  **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/03/20  **Exp:** 01/02/21   **D/C:** 04/16/20   **Pharmacy Dispensings:** 60 TAB in 165 days

metFORMIN HCl 1000 MG Tab
Take one tablet (1000 MG) by mouth two times a day ***pill line***
**Rx#:** 320776-LOX  **Doctor:** Watson, William MD
**Start:** 04/15/20  **Exp:** 10/12/20   **Pharmacy Dispensings:** 120 TAB in 62 days

COPY
Sensitive But Unclassified
SBU

methylPREDNISolone 4 MG Tab [ 21 count Pack]
Take tablets by mouth each day according to package directions for 6 days (**USP night stock)
**Rx#:** 312040-LOX  **Doctor:** Hoen, Liza PA-C
**Start:** 12/12/19  **Exp:** 12/18/19   **Pharmacy Dispensings:** 21 tab in 187 days

Promethazine HCl Inj 25 MG/ML, 1ML
inject 25mg Intra-Muscularly one time dose given AS NEEDED ***pill line*** ***pill line***
**Rx#:** 319982-LOX  **Doctor:** Souferzadeh, Navid MD
**Start:** 03/29/20  **Exp:** 03/29/20   **Pharmacy Dispensings:** 0 ML in 79 days

| | | | |
|---|---|---|---|
| **Complex:** LOX--LOMPOC FCC | | **Begin Date:** 06/16/2019 | **End Date:** 06/16/2020 |
| **Inmate:** BELTON, MARCUS | | **Reg #:** 98903-011 | **Quarter:** F02-012L |

## Active Prescriptions

Take two tablets (650 MG) by mouth four times daily for 7 days
**Rx#:** 320222-LOX   **Doctor:** Cullop, J. FNP-BC
**Start:** 04/07/20   **Exp:** 04/14/20            **Pharmacy Dispensings:** 56 TAB in 70 days

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth four times daily for 7 days
**Rx#:** 320781-LOX   **Doctor:** Watson, William MD
**Start:** 04/15/20   **Exp:** 04/22/20            **Pharmacy Dispensings:** 48 TAB in 62 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
*SHAKE WELL* inhale 2 puffs by mouth every four hours
**Rx#:** 320223-LOX   **Doctor:** Cullop, J. FNP-BC
**Start:** 04/07/20   **Exp:** 04/21/20            **Pharmacy Dispensings:** 8.5 GM in 70 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth daily
**Rx#:** 294637-LOX   **Doctor:** Watson, William MD
**Start:** 04/04/19   **Exp:** 10/01/19            **Pharmacy Dispensings:** 60 TAB in 439 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth daily with food ***Do Not Crush***
**Rx#:** 313754-LOX   **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/02/20   **Exp:** 01/01/21            **Pharmacy Dispensings:** 60 TAB in 166 days

COPY
Sensitive But Unclassified
SBU

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime
**Rx#:** 294638-LOX   **Doctor:** Watson, William MD
**Start:** 04/04/19   **Exp:** 10/01/19            **Pharmacy Dispensings:** 60 tab in 439 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime ***pill line*** ***pill line***
**Rx#:** 313481-LOX   **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/03/20   **Exp:** 01/02/21   **D/C:** 04/16/20   **Pharmacy Dispensings:** 30 tab in 165 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime ***pill line*** ***pill line***
**Rx#:** 320773-LOX   **Doctor:** Watson, William MD
**Start:** 04/15/20   **Exp:** 04/15/21   **D/C:** 06/12/20   **Pharmacy Dispensings:** 120 tab in 62 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime
**Rx#:** 325984-LOX   **Doctor:** Watson, William MD
**Start:** 04/15/20   **Exp:** 04/15/21            **Pharmacy Dispensings:** 30 tab in 62 days

Reg #: 98903-011    Inmate Name: BELTON, MARCUS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| L neck induration | | | | | | |
| 05/02/2017 12:07 EST McPherson, Bernard APRN | | ICD-10 | S199XX | 05/02/2017 | Current | |
| L neck induration | | | | | | 05/11/2020 |
| **Confirmed case COVID-19** | | | | | | |
| 05/11/2020 18:32 EST Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | U07.1 | 04/06/2020 | Resolved | |
| 4/6/2020 collection: (+) COVID 19 test result---In Lab Reports | | | | | | |
| 04/22/2020 08:16 EST Ratliff, J. OMDT, APRN | | ICD-10 | U07.1 | 04/06/2020 | Current | 11/29/2017 |
| 4/6/2020 collection: (+) COVID 19 test result---In Lab Reports | | | | | | |
| **Encounter for general adult medical exam without abnormal findings** | | | | | | |
| 11/29/2017 17:02 EST Villalon, Salvador MD | | ICD-10 | Z0000 | 10/12/2016 | Resolved | |
| 10/12/2016 14:59 EST Malingkas, Victoria MLP | | ICD-10 | Z0000 | 10/12/2016 | Current | 04/09/2020 |
| **Suspect for COVID-19 Coronavirus like illness** | | | | | | |
| 04/10/2020 00:44 EST Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | Z0489- | 04/06/2020 | Resolved | |
| 04/06/2020 18:19 EST Cullop, J. FNP-BC | | ICD-10 | Z0489- | 04/06/2020 | Current | 04/06/2020 |
| **Quarantine - asymptomatic person in quarantine** | | | | | | |
| 04/06/2020 18:19 EST Cullop, J. FNP-BC | | ICD-10 | Z0489-q | 04/01/2020 | Resolved | |
| 04/02/2020 00:46 EST Dixon, Thomas RN/IDC/IOP | | ICD-10 | Z0489-q | 04/01/2020 | Current | 08/20/2018 |
| **Body mass index (BMI) 32.0-32.9, adult** | | | | | | |
| 08/20/2018 12:31 EST Watson, William MD | | ICD-10 | Z6832 | 02/21/2018 | Resolved | |
| 02/21/2018 20:02 EST Watson, William MD | | ICD-10 | Z6832 | 02/21/2018 | Current | 02/21/2018 |
| **Patient's noncompliance with other medical treatment and regimen** | | | | | | |
| 02/21/2018 20:04 EST Watson, William MD | | ICD-10 | Z9119 | 11/21/2017 | Resolved | |
| 11/21/2017 15:56 EST Hernandez, Martin MLP | | ICD-10 | Z9119 | 11/21/2017 | Current | |

Total: 42

COPY
Sensitive But Unclassified
SBU

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #: 98903-011    Inmate Name: BELTON, MARCUS

## Housing Status

__ confined to the living quarters except __ meals __ pill line __ treatments    Exp. Date: _____
__ on complete bed rest: __ bathroom privileges only    Exp. Date: _____
X cell: X cell on first floor __ single cell X lower bunk __ airborne infection isolation    Exp. Date: 12/13/2020
X other: NO STAIRS    Exp. Date: 12/13/2020

## Physical Limitation/Restriction

__ all sports    Exp. Date: _____
__ weightlifting: __ upper body __ lower body    Exp. Date: _____
X cardiovascular exercise: X running X jogging __ walking X softball    Exp. Date: 04/30/2020
  X football X basketball X handball __ stationary equipment
X other: Inmate can wear his personal soft shoes.    Exp. Date: 12/13/2020

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - back | 12/17/2018 | 04/30/2020 | |
| Brace - knee size medium | 08/29/2018 | 04/30/2020 | |
| Brace - ankle | 08/07/2018 | 04/30/2020 | |
| Walker | 10/26/2016 | 12/30/2020 | |

## Work Restriction / Limitation:

Cleared for Food Service: Yes

| Restriction | Expiration Date |
|---|---|
| No Climbing | 12/13/2020 |
| No Ladders | 12/13/2020 |
| No Lifting More Than 15 Pounds | 12/13/2020 |

**Comments:** Hx Left ankle fracture GSW with bone graft and ORIF

Hoen, Liza PA-C    12/30/2019
Health Services Staff    Date

Inmate Name: BELTON, MARCUS    Reg #: 98903-011    Quarters: F02

*ALL EXPIRATION DATES ARE AT 24:00*

Generated 12/30/2019 09:41 by Hoen, Liza PA-C    Bureau of Prisons - LOM    Page 1 of 1

Reg #: 98903-011　　　　Inmate Name: BELTON, MARCUS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/21/2018 20:01 EST Watson, William MD<br>BMI of 30.7 | | ICD-10 | E669 | 01/23/2017 | Resolved | 02/21/2018 |
| 11/29/2017 14:27 EST Villalon, Salvador MD<br>BMI of 30.7 | | ICD-10 | E669 | 01/23/2017 | Current | |
| 01/23/2017 17:55 EST Villalon, Salvador MD<br>BMI of 31.5 | | ICD-10 | E669 | 01/23/2017 | Current | |
| **Mononeuropathy of lower limb** | | | | | | |
| 02/21/2018 20:02 EST Watson, William MD<br>left leg | | ICD-10 | G5790 | 06/08/2017 | Resolved | 02/21/2018 |
| 06/08/2017 15:11 EST Hernandez, Martin MLP<br>left leg | | ICD-10 | G5790 | 06/08/2017 | Current | |
| **Inflammation of eyelid** | | | | | | |
| 01/04/2019 16:15 EST Watson, William MD<br>large stye | | ICD-10 | H019 | 08/06/2018 | Resolved | 01/04/2019 |
| 08/07/2018 10:34 EST Hoen, Liza PA-C<br>large stye | | ICD-10 | H019 | 08/06/2018 | Current | |
| 08/06/2018 14:46 EST Hoen, Liza PA-C | | ICD-10 | H019 | 08/06/2018 | Current | |
| **Secondary hypertension, unspecified** | | | | | | |
| 01/04/2019 16:15 EST Watson, William MD | | ICD-10 | I159 | 02/21/2018 | Resolved | 01/04/2019 |
| 02/21/2018 20:00 EST Watson, William MD | | ICD-10 | I159 | 02/21/2018 | Current | |
| **Acute upper respiratory infection, unspecified** | | | | | | |
| 01/04/2019 16:16 EST Watson, William MD | | ICD-10 | J069 | 07/27/2018 | Resolved | 01/04/2019 |
| 07/27/2018 12:12 EST Watson, William MD | | ICD-10 | J069 | 07/27/2018 | Current | |
| **Bronchitis** | | | | | | |
| 11/29/2017 17:02 EST Villalon, Salvador MD<br>aspiration of blood | | ICD-10 | J40 | 09/07/2017 | Resolved | 11/29/2017 |
| 09/07/2017 15:26 EST Hernandez, Martin MLP<br>aspiration of blood | | ICD-10 | J40 | 09/07/2017 | Current | |
| **Gastro-esophageal reflux disease without esophagitis** | | | | | | |
| 01/04/2019 16:15 EST Watson, William MD | | ICD-10 | K219 | 11/29/2017 | Resolved | 01/04/2019 |
| 11/29/2017 14:50 EST Villalon, Salvador MD | | ICD-10 | K219 | 11/29/2017 | Current | |
| **Dizziness and giddiness** | | | | | | |
| 11/29/2017 17:02 EST Villalon, Salvador MD | | ICD-10 | R42 | 01/24/2017 | Resolved | 11/29/2017 |
| 01/24/2017 15:51 EST Hernandez, Martin MLP | | ICD-10 | R42 | 01/24/2017 | Current | |
| **Unspecified injury of neck** | | | | | | |
| 11/29/2017 17:02 EST Villalon, Salvador MD | | ICD-10 | S199XX | 05/02/2017 | Resolved | 11/29/2017 |

Generated 06/16/2020 11:59 by Wheeler, A. HIT　　　Bureau of Prisons - LOM　　　Page 4 of 5

Reg #: 98903-011          Inmate Name: BELTON, MARCUS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/21/2018 20:04 EST Watson, William MD | | ICD-10 | M5410 | 02/21/2018 | Current | |
|    left L4, L5 | | | | | | |
| **Low back pain** | | | | | | |
| 11/02/2016 18:55 EST Hernandez, Martin MLP | | ICD-10 | M545 | 11/02/2016 | Current | |
| **Pain in leg, unspecified** | | | | | | |
| 11/02/2016 18:55 EST Hernandez, Martin MLP | | ICD-10 | M79606 | 11/02/2016 | Current | |
|    left knee and ankle | | | | | | |
| **Chronic kidney disease, stage 2 (mild)** | | | | | | |
| 12/28/2018 11:50 EST Watson, William MD | | ICD-10 | N182 | 12/28/2018 | Current | |
|    GFR 66 | | | | | | |
| **Disorder of kidney and ureter, unspecified** | | | | | | |
| 08/20/2018 12:43 EST Watson, William MD | | ICD-10 | N289 | 2017 | Current | |
|    Creat. 1.46, HCO3 improved nl 7/30/18 | | | | | | |
| 07/27/2018 12:15 EST Watson, William MD | | ICD-10 | N289 | 2017 | Current | |
|    Creat. elevated 1.43, Bicarb 17 at previous institution 11/2017 in CMP; no DaVita access today due to network p. diff. | | | | | | |
| 07/27/2018 12:12 EST Watson, William MD | | ICD-10 | N289 | 07/27/2018 | Current | |
|    Creat. elevated 11/2017 in CMP; no DaVita access today due to network p. diff. | | | | | | |
| **Chest pain, unspecified** | | | | | | |
| 12/15/2017 15:41 EST Malingkas, Victoria MLP | | ICD-10 | R079 | 11/08/2017 | Current | 12/15/2017 |
| 11/29/2017 17:02 EST Villalon, Salvador MD | | ICD-10 | R079 | 11/08/2017 | Resolved | 11/29/2017 |
| 11/08/2017 18:05 EST Hernandez, Martin MLP | | ICD-10 | R079 | 11/08/2017 | Current | |
| **Dizziness and giddiness** | | | | | | |
| 08/19/2019 11:42 EST Baker, Stephen PA-C | | ICD-10 | R42 | 08/19/2019 | Current | |
|    Orthostatic-related correlates with hx of hypovolemia. Not currently prescribe diuretics. | | | | | | |
| 08/19/2019 11:40 EST Baker, Stephen PA-C | | ICD-10 | R42 | 08/19/2019 | Current | |
|    Orthostatic-related correlates with hx of hypovolemia | | | | | | |
| **Headache** | | | | | | |
| 04/09/2016 00:43 EST Quinn, Ross MD/CD | | ICD-10 | R51 | 04/08/2016 | Current | |
|    Non-specific, possibly exacerbated by vision problems, "wry" neck, and chronic leg pain. | | | | | | |
| **History of noncompliance with medical treatment** | | | | | | |
| 01/04/2019 16:16 EST Watson, William MD | III | ICD-9 | V15.81 | 01/08/2016 | Current | 01/08/2016 |
|    This inmate is refusing treatment | | | | | | |
| 01/08/2016 12:42 EST Rutledge, Franklin MD | III | ICD-9 | V15.81 | 01/08/2016 | Current | 01/08/2016 |
|    This inmate is refusing his blood pressure checks. | | | | | | |
| **Body mass index (BMI) 33.0-33.9, adult** | | | | | | |

**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: USA  v. Belton

2. Case Number: 4:14-cr-00030-JST-1

3. What documents were served? *[Write the full name or title of the document or documents]* Informal Brief to Reconsider Order [ECF Nos. 316 -09/26/2019] and InAlternative Grant Certificate of Appealability, Request to Amend Fed. R. Civ. P. 15(a) Medical Records For 3582

4. How was the document served? *[check one]*

   [X] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   Andrew Joseph Briggs U.S. Attorney's Office   U.S. District Court
   1301 Clay Street Suite 340S                   1301 Clay St
   Oakland, CA 94612                             Oakland, CA. 94612
   Email: andrew.briggs@usdoj.gov

6. When were the documents sent? July 16, 2020

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: Marcus Belton
   Name: Marcus Belton
   Address: United States Penitentiary-Lompoc
            Lompoc, CA. 93436. 3901 Klien Blvd.

CERTIFICATE OF SERVICE *[JDC TEMPLATE Rev. 05/2017]*

Marcus
United States Penitentiary-Lompoc.
3901 Klien Blvd.
Lompoc, CA. 93436.

"Legal Mail"

United States District Court
1301 Clay St. Oakland CA. 94621

FCC LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE 7.17.20

The following letter was processed thro [special] mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.

MEAD 9" X 12" PRESS & SEAL
WHITE ENVELOPES 6CT

0 43100 76037 5

6503021