UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS BELTON,<br><br>Defendant. | Case No. 14-cr-00030-JST-1<br><br>**ORDER DENYING REQUEST TO CORRECT INFORMAL BRIEF**<br><br>Re: ECF No. 335 |

On June 25, July 6, and July 7, 2020, Defendant filed three different documents requesting reconsideration of the Court's September 26, 2019 order denying Defendant's motion to vacate, set aside, or correct his sentence and denying a certificate of appealability. *See* ECF Nos. 316, 327-29. On July 16, 2020, the Court denied Defendant's request for reconsideration. ECF No. 331. That same day, Defendant filed a request to "correct the wrongful omissions" in one of his prior filings regarding his request for reconsideration. ECF No. 335. As the Court has already denied the underlying request for reconsideration, it denies the request at ECF No. 335 as moot.

**IT IS SO ORDERED.**

Dated: July 30, 2020

JON S. TIGAR
United States District Judge