1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, CA 94612

7 | Telephone: (510) 637-3695
Fax: (510) 637-3724

8 | E-Mail: Thomas.Green@usdoj.gov

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,                    )  CASE NO. 14-CR-00030 JST
                                                  )
14 |         Plaintiff,                            )
                                                  )
15 |                                               )  NOTICE OF SUBSTITUTION OF ATTORNEY
                                                  )
16 | MARCUS BELTON,                                )
                                                  )
17 |         Defendant.                            )
                                                  )
18 |                                               )
                                                  )
19 | _____

20 | Please take notice that as of September 25, 2020, the Assistant United States Attorney whose

21 | name, address, telephone number and e-mail address is listed below is assigned to be counsel for the

22 | government:

23 |     THOMAS R. GREEN (CABN 203480)
        Assistant United States Attorney

24

25 |     1301 Clay Street, Suite 340S
        Oakland, CA 94612

26 |     Telephone: (510) 637-3695
        Fax: (510) 637-3724

27 |     E-Mail: Thomas.Green@usdoj.gov

28 | ///

SUBSTITUTION OF ATTORNEY
14-CR-00030 JST                               1

The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the Court will in the future be directed to AUSA Thomas R. Green at the above mailing address, telephone number, facsimile number and e-mail address, and please remove Andrew J. Briggs from the ECF notification list associated with this case.

DATED: September 25, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

SUBSTITUTION OF ATTORNEY
14-CR-00030 JST                               2