# Exhibit A

# Bureau of Prisons
# Health Services
# Medical Duty Status

| Reg #: 98903-011 | Inmate Name: BELTON, MARCUS |
|---|---|

## Housing Status

| | Exp. Date: |
|---|---|
| ___ confined to the living quarters except ___ meals ___ pill line ___ treatments | |
| ___ on complete bed rest: ___ bathroom privileges only | Exp. Date: |
| X cell: X cell on first floor ___ single cell X lower bunk ___ airborne infection isolation | Exp. Date: 12/13/2020 |
| X other: NO STAIRS | Exp. Date: 12/13/2020 |

## Physical Limitation/Restriction

| | Exp. Date: |
|---|---|
| ___ all sports | |
| ___ weightlifting: ___ upper body ___ lower body | Exp. Date: |
| X cardiovascular exercise: X running X jogging ___ walking X softball | Exp. Date: 04/30/2020 |
| X football X basketball X handball ___ stationary equipment | |
| X other: Inmate can wear his personal soft shoes. | Exp. Date: 12/13/2020 |

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - back | 12/17/2018 | 04/30/2020 | |
| Brace - knee size medium | 08/29/2018 | 04/30/2020 | |
| Brace - ankle | 08/07/2018 | 04/30/2020 | |
| Walker | 10/26/2016 | 12/30/2020 | |

## Work Restriction / Limitation:

Cleared for Food Service: Yes

| Restriction | Expiration Date |
|---|---|
| No Climbing | 12/13/2020 |
| No Ladders | 12/13/2020 |
| No Lifting More Than 15 Pounds | 12/13/2020 |

**Comments:** Hx Left ankle fracture GSW with bone graft and ORIF

| Hoen, Liza PA-C | 12/30/2019 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: **BELTON, MARCUS** | Reg #: **98903-011** | Quarters: **F02** |
|---|---|---|

***ALL EXPIRATION DATES ARE AT 24:00***

| Reg #: 98903-011 | Inmate Name: BELTON, MARCUS |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Ankle, foot- Pain in joint**

| 01/23/2017 17:25 EST  Villalon, Salvador MD | III | ICD-9 | 719.47 | 08/25/2014 | Current | 01/23/2017 |
|    left ankle | | | | | | |
| 01/05/2016 16:36 EST  Rutledge, Franklin MD | III | ICD-9 | 719.47 | 08/25/2014 | Resolved | 01/05/2016 |
| 08/25/2014 15:39 EST  Hernandez, Hetzabel PA | III | ICD-9 | 719.47 | 08/25/2014 | Current | 08/25/2014 |

**Type 2 diabetes mellitus**

| 08/01/2018 23:29 EST  Watson, William MD | | ICD-10 | E119 | 2018 | Current | |

**Endocrine disorder, unspecified**

| 08/19/2019 11:40 EST  Baker, Stephen PA-C | | ICD-10 | E349 | 08/19/2019 | Current | |
|    Lymphadenitis - right posterior chain | | | | | | |

**Hyperlipidemia, unspecified**

| 08/01/2018 23:28 EST  Watson, William MD | | ICD-10 | E785 | 08/01/2018 | Current | |

| ███████████ | | | | | | |
| ███████████ | | ██ | ██ | ███████ | | |
| ███████████ | | ██ | ██ | ███████ | | |

**Essential (primary) hypertension**

| 11/08/2017 18:05 EST  Hernandez, Martin MLP | | ICD-10 | I10 | 11/08/2017 | Current | |
|    Malignant Hypertension | | | | | | |

**Unsatisfactory restoration of tooth**

| 06/30/2017 13:44 EST  Pena, Alejandro DDS | | ICD-10 | K0850 | 06/30/2017 | Current | |
|    #7,#9 missing and fractured restorations. | | | | | | |

**Unspecified disorder of patella, unspecified knee**

| 01/23/2017 17:25 EST  Villalon, Salvador MD | | ICD-10 | M2290 | 01/23/2017 | Current | |
|    left knee | | | | | | |

**Unsp thoracic, thoracolum and lumbosacr intvrt disc disorder**

| 12/12/2019 17:17 EST  Hoen, Liza PA-C | | ICD-10 | M519 | 12/12/2019 | Current | |

**Radiculopathy, site unspecified**

Sensitive But Unclassified
SBU
COPY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/21/2018 20:04 EST  Watson, William MD | | ICD-10 | M5410 | 02/21/2018 | Current | |
|    left L4, L5 | | | | | | |
| **Low back pain** | | | | | | |
| 11/02/2016 18:55 EST  Hernandez, Martin MLP | | ICD-10 | M545 | 11/02/2016 | Current | |
| **Pain in leg, unspecified** | | | | | | |
| 11/02/2016 18:55 EST  Hernandez, Martin MLP | | ICD-10 | M79606 | 11/02/2016 | Current | |
|    left knee and ankle | | | | | | |
| **Chronic kidney disease, stage 2 (mild)** | | | | | | |
| 12/28/2018 11:50 EST  Watson, William MD | | ICD-10 | N182 | 12/28/2018 | Current | |
|    GFR 66 | | | | | | |
| **Disorder of kidney and ureter, unspecified** | | | | | | |
| 08/20/2018 12:43 EST  Watson, William MD | | ICD-10 | N289 | 2017 | Current | |
|    Creat.  1.46, HCO3 improved nl 7/30/18 | | | | | | |
| 07/27/2018 12:15 EST  Watson, William MD | | ICD-10 | N289 | 2017 | Current | |
|    Creat. elevated 1.43, Bicarb 17 at previous institution 11/2017 in CMP; no DaVita access today due to network p. diff. | | | | | | |
| 07/27/2018 12:12 EST  Watson, William MD | | ICD-10 | N289 | 07/27/2018 | Current | |
|    Creat. elevated 11/2017 in CMP; no DaVita access today due to network p. diff. | | | | | | |
| **Chest pain, unspecified** | | | | | | |
| 12/15/2017 15:41 EST  Malingkas, Victoria MLP | | ICD-10 | R079 | 11/08/2017 | Current | 12/15/2017 |
| 11/29/2017 17:02 EST  Villalon, Salvador MD | | ICD-10 | R079 | 11/08/2017 | Resolved | 11/29/2017 |
| 11/08/2017 18:05 EST  Hernandez, Martin MLP | | ICD-10 | R079 | 11/08/2017 | Current | |
| **Dizziness and giddiness** | | | | | | |
| 08/19/2019 11:42 EST  Baker, Stephen PA-C | | ICD-10 | R42 | 08/19/2019 | Current | |
|    Orthostatic-related correlates with hx of hypovolemia. Not currently prescribe diuretics. | | | | | | |
| 08/19/2019 11:40 EST  Baker, Stephen PA-C | | ICD-10 | R42 | 08/19/2019 | Current | |
|    Orthostatic-related correlates with hx of hypovolemia | | | | | | |
| **Headache** | | | | | | |
| 04/09/2016 00:43 EST  Quinn, Ross MD/CD | | ICD-10 | R51 | 04/08/2016 | Current | |
|    Non-specific, possibly exacerbated by vision problems, "wry" neck, and chronic leg pain. | | | | | | |

**Body mass index (BMI) 33.0-33.9, adult**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 08/20/2018 12:43 EST  Watson, William MD | | ICD-10 | Z6833 | 08/20/2018 | Current | |

## Resolved

**Acute postoperative pain, other**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/21/2018 19:59 EST  Watson, William MD | III | ICD-9 | 338.18 | 01/29/2016 | Resolved | 02/21/2018 |
| 01/29/2016 11:37 EST  Pena, Alejandro DDS | III | ICD-9 | 338.18 | 01/29/2016 | Current | 01/29/2016 |

**Hypertension, Benign Essential**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/21/2018 20:00 EST  Watson, William MD<br>    no retinopathy OU | III | ICD-9 | 401.1 | 08/25/2014 | Resolved | 02/21/2018 |
| 03/08/2016 16:05 EST  Wang, L. OD<br>    no retinopathy OU | III | ICD-9 | 401.1 | 08/25/2014 | Current | 08/25/2014 |
| 08/25/2014 15:39 EST  Hernandez, Hetzabel PA | III | ICD-9 | 401.1 | 08/25/2014 | Current | 08/25/2014 |

**Dental caries extending into pulp**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 521.03 | 01/28/2016 | Resolved | 01/28/2016 |
| 01/28/2016 13:39 EST  Pena, Alejandro DDS | III | ICD-9 | 521.03 | 01/28/2016 | Resolved | 01/28/2016 |

**Shoulder (pain in joint, shoulder region)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.41 | 08/25/2014 | Resolved | 01/05/2016 |
| 01/05/2016 16:36 EST  Rutledge, Franklin MD | III | ICD-9 | 719.41 | 08/25/2014 | Resolved | 01/05/2016 |
| 08/25/2014 15:39 EST  Hernandez, Hetzabel PA | III | ICD-9 | 719.41 | 08/25/2014 | Current | 08/25/2014 |

Sensitive But Unclassified COPY SBU

**Other coronavirus as the cause of diseases classified elsewhere**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/22/2020 08:16 EST  Ratliff, J. OMDT, APRN<br>    COVID code updated | | ICD-10 | B9729 | 04/09/2020 | Resolved | 04/22/2020 |
| 04/10/2020 20:51 EST  Watson, William MD<br>    COVID-19 Positive | | ICD-10 | B9729 | 04/09/2020 | Current | |
| 04/10/2020 00:44 EST  Figlenski, Jessica WXRO<br>        QI/IPC/RN | | ICD-10 | B9729 | 04/09/2020 | Current | |

**Obesity**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/21/2018 20:01 EST  Watson, William MD | | ICD-10 | E669 | 01/23/2017 | Resolved | 02/21/2018 |
| BMI of 30.7 | | | | | | |
| 11/29/2017 14:27 EST  Villalon, Salvador MD | | ICD-10 | E669 | 01/23/2017 | Current | |
| BMI of 30.7 | | | | | | |
| 01/23/2017 17:55 EST  Villalon, Salvador MD | | ICD-10 | E669 | 01/23/2017 | Current | |
| BMI of 31.5 | | | | | | |
| **Mononeuropathy of lower limb** | | | | | | |
| 02/21/2018 20:02 EST  Watson, William MD | | ICD-10 | G5790 | 06/08/2017 | Resolved | 02/21/2018 |
| left leg | | | | | | |
| 06/08/2017 15:11 EST  Hernandez, Martin MLP | | ICD-10 | G5790 | 06/08/2017 | Current | |
| left leg | | | | | | |
| **Inflammation of eyelid** | | | | | | |
| 01/04/2019 16:15 EST  Watson, William MD | | ICD-10 | H019 | 08/06/2018 | Resolved | 01/04/2019 |
| large stye | | | | | | |
| 08/07/2018 10:34 EST  Hoen, Liza PA-C | | ICD-10 | H019 | 08/06/2018 | Current | |
| large stye | | | | | | |
| 08/06/2018 14:46 EST  Hoen, Liza PA-C | | ICD-10 | H019 | 08/06/2018 | Current | |
| **Secondary hypertension, unspecified** | | | | | | |
| 01/04/2019 16:15 EST  Watson, William MD | | ICD-10 | I159 | 02/21/2018 | Resolved | 01/04/2019 |
| 02/21/2018 20:00 EST  Watson, William MD | | ICD-10 | I159 | 02/21/2018 | Current | |
| **Acute upper respiratory infection, unspecified** | | | | | | |
| 01/04/2019 16:16 EST  Watson, William MD | | ICD-10 | J069 | 07/27/2018 | Resolved | 01/04/2019 |
| 07/27/2018 12:12 EST  Watson, William MD | | ICD-10 | J069 | 07/27/2018 | Current | |
| **Bronchitis** | | | | | | |
| 11/29/2017 17:02 EST  Villalon, Salvador MD | | ICD-10 | J40 | 09/07/2017 | Resolved | 11/29/2017 |
| aspiration of blood | | | | | | |
| 09/07/2017 15:26 EST  Hernandez, Martin MLP | | ICD-10 | J40 | 09/07/2017 | Current | |
| aspiration of blood | | | | | | |
| **Gastro-esophageal reflux disease without esophagitis** | | | | | | |
| 01/04/2019 16:15 EST  Watson, William MD | | ICD-10 | K219 | 11/29/2017 | Resolved | 01/04/2019 |
| 11/29/2017 14:50 EST  Villalon, Salvador MD | | ICD-10 | K219 | 11/29/2017 | Current | |
| **Dizziness and giddiness** | | | | | | |
| 11/29/2017 17:02 EST  Villalon, Salvador MD | | ICD-10 | R42 | 01/24/2017 | Resolved | 11/29/2017 |
| 01/24/2017 15:51 EST  Hernandez, Martin MLP | | ICD-10 | R42 | 01/24/2017 | Current | |
| **Unspecified injury of neck** | | | | | | |
| 11/29/2017 17:02 EST  Villalon, Salvador MD | | ICD-10 | S199XX | 05/02/2017 | Resolved | 11/29/2017 |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| L neck induration | | | | | | |
| 05/02/2017 12:07 EST McPherson, Bernard APRN | | ICD-10 | S199XX | 05/02/2017 | Current | |
| L neck induration | | | | | | |
| **Confirmed case COVID-19** | | | | | | |
| 05/11/2020 18:32 EST Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | U07.1 | 04/06/2020 | Resolved | 05/11/2020 |
| 4/6/2020 collection: (+) COVID 19 test result---In Lab Reports | | | | | | |
| 04/22/2020 08:16 EST Ratliff, J. OMDT, APRN | | ICD-10 | U07.1 | 04/06/2020 | Current | |
| 4/6/2020 collection: (+) COVID 19 test result---In Lab Reports | | | | | | |
| ████████████████████████ | | ██ | █ | ████████ | | ████ |
| ████████████████████ | | ██ | | | | |
| **Suspect for COVID-19 Coronavirus like illness** | | | | | | |
| 04/10/2020 00:44 EST Figlenski, Jessica WXRO QI/IPC/RN | | ICD-10 | Z0489- | 04/06/2020 | Resolved | 04/09/2020 |
| 04/06/2020 18:19 EST Cullop, J. FNP-BC | | ICD-10 | Z0489- | 04/06/2020 | Current | |
| **Quarantine - asymptomatic person in quarantine** | | | | | | |
| 04/06/2020 18:19 EST Cullop, J. FNP-BC | | ICD-10 | Z0489-q | 04/01/2020 | Resolved | 04/06/2020 |
| 04/02/2020 00:46 EST Dixon, Thomas RN/IDC/IOP | | ICD-10 | Z0489-q | 04/01/2020 | Current | |
| **Body mass index (BMI) 32.0-32.9, adult** | | | | | | |
| 08/20/2018 12:31 EST Watson, William MD | | ICD-10 | Z6832 | 02/21/2018 | Resolved | 08/20/2018 |
| 02/21/2018 20:02 EST Watson, William MD | | ICD-10 | Z6832 | 02/21/2018 | Current | |

**Total: 42**



# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** LOX--LOMPOC FCC | **Begin Date:** 06/16/2019 | **End Date:** 06/16/2020 |
| **Inmate:** BELTON, MARCUS | **Reg #:** 98903-011 | **Quarter:** F02-012L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Ibuprofen | Unknown | 08/25/2014 |
| Hydrochlorothiazide | Unknown | 08/25/2014 |
| Bactrim DS | Rash | 08/10/2018 |

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth daily
**Rx#:** 294635-LOX     **Doctor:** Watson, William MD
**Start:** 04/04/19     **Exp:** 10/01/19          **Pharmacy Dispensings:** 90 TAB in 439 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth daily (per provider) ***pill line*** ***pill line***
**Rx#:** 313493-LOX     **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/03/20     **Exp:** 01/02/21     **D/C:** 04/16/20     **Pharmacy Dispensings:** 30 TAB in 165 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth daily (per provider) ***pill line*** ***pill line***
**Rx#:** 320772-LOX     **Doctor:** Watson, William MD
**Start:** 04/15/20     **Exp:** 04/15/21     **D/C:** 06/12/20     **Pharmacy Dispensings:** 60 TAB in 62 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth daily
**Rx#:** 325982-LOX     **Doctor:** Watson, William MD
**Start:** 04/20/20     **Exp:** 04/20/21          **Pharmacy Dispensings:** 30 TAB in 57 days

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth three times daily AS NEEDED (ortho CCV)
**Rx#:** 294636-LOX     **Doctor:** Watson, William MD
**Start:** 04/04/19     **Exp:** 10/01/19          **Pharmacy Dispensings:** 180 TAB in 439 days

Acetaminophen 325 MG Tab
Take one tablet (325 MG) by mouth four times daily
**Rx#:** 313753-LOX     **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/02/20     **Exp:** 06/30/20          **Pharmacy Dispensings:** 60 TAB in 166 days

Acetaminophen 325 MG Tab

## Active Prescriptions

Take two tablets (650 MG) by mouth four times daily for 7 days

**Rx#:** 320222-LOX  **Doctor:** Cullop, J. FNP-BC

**Start:** 04/07/20  **Exp:** 04/14/20  **Pharmacy Dispensings:** 56 TAB in 70 days

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth four times daily for 7 days

**Rx#:** 320781-LOX  **Doctor:** Watson, William MD

**Start:** 04/15/20  **Exp:** 04/22/20  **Pharmacy Dispensings:** 48 TAB in 62 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
*SHAKE WELL* inhale 2 puffs by mouth every four hours

**Rx#:** 320223-LOX  **Doctor:** Cullop, J. FNP-BC

**Start:** 04/07/20  **Exp:** 04/21/20  **Pharmacy Dispensings:** 8.5 GM in 70 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth daily

**Rx#:** 294637-LOX  **Doctor:** Watson, William MD

**Start:** 04/04/19  **Exp:** 10/01/19  **Pharmacy Dispensings:** 60 TAB in 439 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth daily with food ***Do Not Crush***

**Rx#:** 313754-LOX  **Doctor:** Dhaliwal, Jaspal MD

**Start:** 01/02/20  **Exp:** 01/01/21  **Pharmacy Dispensings:** 60 TAB in 166 days

COPY
Sensitive But Unclassified
SBU

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime

**Rx#:** 294638-LOX  **Doctor:** Watson, William MD

**Start:** 04/04/19  **Exp:** 10/01/19  **Pharmacy Dispensings:** 60 tab in 439 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime ***pill line*** ***pill line***

**Rx#:** 313481-LOX  **Doctor:** Dhaliwal, Jaspal MD

**Start:** 01/03/20  **Exp:** 01/02/21  **D/C:** 04/16/20  **Pharmacy Dispensings:** 30 tab in 165 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime ***pill line*** ***pill line***

**Rx#:** 320773-LOX  **Doctor:** Watson, William MD

**Start:** 04/15/20  **Exp:** 04/15/21  **D/C:** 06/12/20  **Pharmacy Dispensings:** 120 tab in 62 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime

**Rx#:** 325984-LOX  **Doctor:** Watson, William MD

**Start:** 04/15/20  **Exp:** 04/15/21  **Pharmacy Dispensings:** 30 tab in 62 days

## Active Prescriptions

Benzonatate 100 MG CAP
Take one capsule (100 MG) by mouth every twelve hours for 4 days ***Do Not Crush***
**Rx#:** 320294-LOX  **Doctor:** Cullop, J. FNP-BC
**Start:** 04/08/20  **Exp:** 04/12/20  **Pharmacy Dispensings:** 8 CAP in 69 days

Doxazosin 1 MG Tab
Take one tablet (1 MG) by mouth at bedtime
**Rx#:** 294639-LOX  **Doctor:** Watson, William MD
**Start:** 04/04/19  **Exp:** 10/01/19  **Pharmacy Dispensings:** 60 TAB in 439 days

Doxazosin 1 MG Tab
Take one tablet (1 MG) by mouth at bedtime ***pill line*** ***pill line***
**Rx#:** 313482-LOX  **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/03/20  **Exp:** 07/01/20  **D/C:** 04/16/20  **Pharmacy Dispensings:** 30 TAB in 165 days

Doxazosin 1 MG Tab
Take one tablet (1 MG) by mouth at bedtime ***pill line*** ***pill line***
**Rx#:** 320774-LOX  **Doctor:** Watson, William MD
**Start:** 04/15/20  **Exp:** 10/12/20  **D/C:** 06/12/20  **Pharmacy Dispensings:** 60 TAB in 62 days

Doxazosin 1 MG Tab
Take one tablet (1 MG) by mouth at bedtime
**Rx#:** 325983-LOX  **Doctor:** Watson, William MD
**Start:** 04/15/20  **Exp:** 10/12/20  **Pharmacy Dispensings:** 30 TAB in 62 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth each day AS NEEDED - max 1 per day - (O/R clinic)
**Rx#:** 301359-LOX  **Doctor:** Watson, William MD
**Start:** 07/02/19  **Exp:** 12/29/19  **D/C:** 07/10/19  **Pharmacy Dispensings:** 0 TAB in 350 days

Ibuprofen 400 MG Tab
Take two tablets (800 MG) by mouth three times daily with food pp
*replaces 800mg
**Rx#:** 301705-LOX  **Doctor:** Watson, William MD
**Start:** 07/10/19  **Exp:** 12/29/19  **Pharmacy Dispensings:** 270 TAB in 342 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth each day
**Rx#:** 296756-LOX  **Doctor:** Souferzadeh, Navid MD
**Start:** 05/01/19  **Exp:** 10/28/19  **Pharmacy Dispensings:** 120 TAB in 412 days

Lisinopril 20 MG Tab
1 tablet by mouth one time dose given AS NEEDED ***pill line*** "See Mar report for administration/documentation" ***pill line***

## Active Prescriptions

**Rx#:** 302779-LOX   **Doctor:** Souferzadeh, Navid MD
**Start:** 07/20/19   **Exp:** 07/20/19     **Pharmacy Dispensings:** 0 TAB in 332 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth each day (per provider ) ***pill line*** ***pill line***

**Rx#:** 313483-LOX   **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/03/20   **Exp:** 01/02/21   **D/C:** 04/16/20   **Pharmacy Dispensings:** 30 TAB in 165 days

Lisinopril 10 MG Tab
Take one tablet (10 MG) by mouth daily ***pill line***

**Rx#:** 320775-LOX   **Doctor:** Watson, William MD
**Start:** 04/15/20   **Exp:** 10/12/20     **Pharmacy Dispensings:** 30 TAB in 62 days

metFORMIN HCl  500 MG Tab
Take one tablet (500 MG) by mouth twice daily

**Rx#:** 294640-LOX   **Doctor:** Watson, William MD
**Start:** 04/04/19   **Exp:** 10/01/19     **Pharmacy Dispensings:** 60 TAB in 439 days

metFORMIN HCl  500 MG Tab
Take one tablet (500 MG) by mouth twice daily (per provider) ***pill line*** ***pill line***

**Rx#:** 313484-LOX   **Doctor:** Dhaliwal, Jaspal MD
**Start:** 01/03/20   **Exp:** 01/02/21   **D/C:** 04/16/20   **Pharmacy Dispensings:** 60 TAB in 165 days

metFORMIN HCl 1000 MG Tab
Take one tablet (1000 MG)  by mouth two times a day ***pill line***

**Rx#:** 320776-LOX   **Doctor:** Watson, William MD
**Start:** 04/15/20   **Exp:** 10/12/20     **Pharmacy Dispensings:** 120 TAB in 62 days

methylPREDNISolone  4 MG Tab [ 21 count Pack]
Take tablets by mouth each day according to package directions for 6 days (**USP night stock)

**Rx#:** 312040-LOX   **Doctor:** Hoen, Liza PA-C
**Start:** 12/12/19   **Exp:** 12/18/19     **Pharmacy Dispensings:** 21 tab in 187 days

Promethazine HCl Inj 25 MG/ML,1ML
inject 25mg Intra-Muscularly one time dose given AS NEEDED ***pill line*** ***pill line***

**Rx#:** 319982-LOX   **Doctor:** Souferzadeh, Navid MD
**Start:** 03/29/20   **Exp:** 03/29/20     **Pharmacy Dispensings:** 0 ML in 79 days

COPY
Sensitive But Unclassified
SBU

# Exhibit B

# FEDERAL BUREAU OF PRISONS



## CERTIFICATE OF COMPLETION

# Marcus Belton
# 98903-011

has completed all phases of the **FCI VICTORVILLE 1**

**12 HOUR DRUG ABUSE PROGRAM DRUG EDUCATION COURSE**

**April 12, 2016**

_____
J. Davis, Drug Treatment Specialist

_____
Dr. A. Fields, DAP Coordinator

### *Federal Correctional Complex*
*Victorville, CA*



# Certificate of Completion

*presented to*

## BELTON, MARCUS

*for successful participation in the*

## ANGER MANAGEMENT GROUP

*September 13, 2017*



_____
Dr. Faustino, Clinical Psychologist

9/13/2017
_____
Date




# ∼ Certificate of Achievement ∼

**This certifies that**

## MARCUS BELTON
**has satisfactorily completed**

**Living Free Reentry Career Course**

**Consisting of __8__ Hours of Training**

**This certificate is hereby issued this _16_ day of _October_ , 20_19_**

_I. Garrastazu, Unit Manager_

_A. Floyd, Counselor_




# Exhibit C

Marcus Belton
BOP Register Number: 25524111
3901 Klein Blvd.
Lompoc, CA 93436

August 14, 2020

Steve Langford, Warden
Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

>Re: Marcus Belton's request for a motion under 18 U.S.C. 3582(c)(1)(A) due to COVID-19 and comorbid conditions

On June 6, 2020 and June 16, 2020, I submitted a request for compassionate release pursuant to Pursuant to Program Statement 5050.50, *Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g)*. I requested the Director of the Bureau of Prisons to make a motion to reduce my term of imprisonment under 18 U.S.C. 3582(c)(1)(A) due to extraordinary and compelling circumstances which were not reasonably foreseen by the court at the time of sentencing. I have not received a response.

I am requesting the BOP to make this motion because I am at particular risk for serious injury or death due to the coronavirus (COVID-19) pandemic and my pre-existing health conditions.

**EXTRAORDINARY AND COMPELLING REASONS**

MEDICAL

In April 2020, I tested positive for coronavirus. I then spent more than two weeks in the hospital.

I have been diagnosed and receive treatment for the following conditions:

- Hypertension, benign essential
- Secondary hypertension
- Bronchitis
- Chronic kidney disease, stage 2
- BMI: 33 – 33.9
- Mononeuropathy of lower limb

**PROPOSED RELEASE PLANS**

<u>Where I will reside</u>: I will live with my mother, a retired hospital worker, and wife in my mom's duplex. This will give me room to self-quarantine and isolate.

<u>How I will support myself</u>: Before prison, I received SSI for a medical issue. Because I'm fully disabled, I would receive SSI again.

<u>Where I will receive medical treatment:</u> Highland Hospital in Oakland, California.

<u>How I will pay for treatment:</u> Through SSI, as well as assistance from my mother, wife, and other family members.

## CRIMINAL HISTORY

I have not been convicted of any violent offenses.

| Date | Offense | Sentence |
|------|---------|----------|
| 06/14/1990 | Reckless Driving, misdemeanor | 24 months probation, 5 days jail |
| 05/07/1992 | Carrying a Concealed Weapon, misdemeanor; Evading Peace Officer, misdemeanor; Hit and Run, misdemeanor | 36 months probation, 210 days county jail |
| 07/20/1992 | Unlicensed Driving, misdemeanor | 18 months court probation, 2 days county jail |
| 07/31/1996 | Possession Controlled Substance for Sale (Cocaine Base), felony | 3 years probation, 2 days county jail 10/30/1996: Probation modified to include 6 months county jail 09/17/1999: Reduced to misdemeanor |
| 03/16/1995 | Unlicensed Driving, misdemeanor | Court probation |
| 12/21/2000 | Use of a Communications Facility to Commit a Drug Felony, felony | Four years custody in BOP, one year supervised release 11/27/2002: Supervised release revoked, 10 months custody in the Bureau of Prisons, released from custody 01/03/2003: Failed to self-surrender |
| 07/18/2003 | Failure to Surrender for Service of Sentence, felony | 10 months custody, no supervision to follow. |
| 01/10/2005 | Possess/Purchase for Sale Narcotic/ Controlled Substance (11351 HS), felony | 5 years probation, 8 months jail 6/11/2007: Probation revoked, 3 years prison 05/17/2013: Post-Release Community Supervision Program terminated early. |

## UNRESOLVED DETAINERS

None.

## SUPERVISED RELEASE VIOLATIONS

My supervised release was revoked on 11/27/2002.

**DISCIPLINARY INFRACTIONS**

None.

**LENGTH OF SENTENCE AND AMOUNT OF TIME SERVED**

I was sentenced to 240 months, and I have served 81 months.

**INMATE'S CURRENT AGE**

48

**INMATE'S AGE AT THE TIME OF OFFENSE AND SENTENCING**

43.

**PROTECTION TO THE PUBLIC**

While in custody, I have completed anger management, drug abuse, and career re-entry classes. These courses have taught

Sincerely,


Marcus Belton

# Exhibit D

```
REGISTER NO: 98903-011    NAME..: BELTON              FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: LOM-LOMPOC USP
```

```
------------------------ EDUCATION INFORMATION -----------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
LOM  ESL HAS    ENGLISH PROFICIENT       01-24-2002 1534 CURRENT
```

```
------------------------- EDUCATION COURSES -----------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|----|
| LOM | BASIC LIFE SKILLS | 08-21-2019 | CURRENT | | | | |
| LOM | RPP LIVING FREE | 08-20-2019 | 10-16-2019 | P | C | P | 10 |
| LOM | ACE EVENTS CHANGED HISTORY GC | 09-24-2018 | 05-23-2019 | P | W | I | 2 |
| LOM | ACE AQUARIUM & FISH MAINTANCE | 06-21-2018 | 08-23-2018 | P | C | P | 20 |
| LOM | ACE BROKERAGE/FREIGHT CLASS | 07-11-2018 | 09-05-2018 | P | C | P | 20 |
| LOM | ACE REAL ESTATE | 05-17-2018 | 07-19-2018 | P | C | P | 20 |
| LOM | INTRO TO EDUCATION OPPORTUNITY | 03-02-2018 | 03-02-2018 | P | C | P | 2 |
| VIM | LEATHER GARMENT CLASS | 04-11-2017 | 07-16-2017 | P | C | P | 6 |
| VIM | ACE - POETRY CLASS | 05-01-2016 | 05-15-2016 | P | C | P | 10 |
| VIM | RPP FCC AIDS AWARENESS (C1) | 01-13-2016 | 01-13-2016 | P | C | P | 1 |
| SET CAD | LIFE SKILLS PROGRAM | 10-30-2003 | 03-22-2004 | C | W | I | 0 |
| SET CAD | RPP/REL RELEASE PORTFOLIOS | 03-19-2004 | 03-19-2004 | P | C | P | 1 |
| SET CAD | RPP/REL REQUIREMENTS/PROCEDURE | 03-19-2004 | 03-19-2004 | P | C | P | 1 |
| SET CAD | RPP/COM USPO INFO | 02-25-2004 | 02-25-2004 | P | C | P | 1 |
| SET CAD | RPP/COM CCC INFO | 02-25-2004 | 02-25-2004 | P | C | P | 1 |
| SET CAD | RPP/COM CCM INFO | 02-25-2004 | 02-25-2004 | P | C | P | 1 |
| SET CAD | RPP/FIN MAINTAIN A CHECK ACCT | 11-08-2003 | 12-02-2003 | P | C | P | 2 |
| SET CAD | RPP/FIN MONEY MANAGEMENT | 11-08-2003 | 12-02-2003 | P | C | P | 2 |
| SET CAD | RPP/EMP INTERVIEWING SKILLS | 11-08-2003 | 11-25-2003 | P | C | P | 2 |
| SET CAD | RPP/EMP JOB SEARCH TECHNIQUES | 11-08-2003 | 11-18-2003 | P | C | P | 2 |
| SET CAD | RPP/EMP RESUME WRITING | 11-07-2003 | 11-08-2003 | P | C | P | 2 |
| SET CAD | ACE/SMALL BUSINESS MANAGEMENT | 09-23-2003 | 10-24-2003 | P | C | P | 10 |
| LOF | GED CLASS 12:30PM | 02-07-2002 | 04-22-2002 | P | W | I | 102 |
| LOF | RPP/COM COM.CORR.&PROB | 02-01-2002 | 03-15-2002 | P | C | P | 1 |
| LOF | RPP/REL RELEASE INFO | 02-20-2002 | 03-08-2002 | P | C | P | 1 |

```
--------------------- HIGH TEST SCORES -----------------------------
```

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|------|---------|-------|-----------|-----------|------|-------|
| ABLE | LANGUAGE | 7.5 | 03-20-2002 | LOF | | |
| | NUMBER OPR | 8.0 | 03-20-2002 | LOF | | |
| | PROB SOLV | 10.3 | 10-24-2003 | SET | F | |
| | READ COMP | 13.0 | 10-24-2003 | SET | F | |
| | SPELLING | 3.5 | 10-24-2003 | SET | F | |
| | VOCABULARY | 10.9 | 10-24-2003 | SET | F | |

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Exhibit E

# Ashley Riser

**From:** BELTON MARCUS (98903011)

**Sent Date:** Friday, September 25, 2020 6:35 PM

**To:** ashley@jaynelawgroup.com

**Subject:** this ky boord is bad

MY BREATHING IS BAD NOW AND CHEAST PAINS OF AND ON AND COUGHING.

# Exhibit F

STATE OF CALIFORNIA )
COUNTY OF SANTA BARBARA )
_____ )

AFFIDAVIT/DECLARATION
Affidavit of Marcus Belton
I, Marcus Belton., After being
"Duly Sworn", deposed and says as follows

**DECLARATION OF MARCUS BELTON IN SUPPORT OF MOTION FOR
COMPASSIONATE RELEASE**

It is absolutely impossible for me to safely "socially distance"
myself from other inmates or staff members here at USP Lompoc due
to the facility design/construction, current overcrowding/excess
population, and local policy and COVID-19 programming requirements,
all which prevent me from mitigating my risk and potential exposure
to COVID-19 programming. ᵉᵒᵏᵘⁱʳᵉᵐ

**FACILITY DESIGN**

**CELL**

Institutional cells are designated as "single man cells" due
to their size, approxmately 10 feet square of useable floor space
however, I may be soon required to double bunk and remain there
during the outbreak. Obviously it is impossible to socially distance
inside a 6'x9' cell occupied by two people.

**TIER**

The building has a ground floor and two additional tiers on top of
the ground floor (three tiers total). The tiers have approximately
three feet of walkway outside the door front, which creates a horse-
shoe walkway leading by all cells (19 on one side and 22 on the other).
The narrow tier walkway brings you directly past the cell door fronts
which have open window designs-were inmates stand all day to see the
TV in the dayroom, literally trying to get their head trought the door

to see it; or they stand there yelling to other men, spittle flying, ear drums being rung by the yelling straight into your ear as you walk by. These men are in a neuritic state, feigning contact, communication and social intercourse; the noise/yelling/door front is so bad, so loud, so constant, I am forced to wear ear plugs all day, and they only provide limited relief.

## CHOW

During chow release, the officer opens the controls at the end of the tier-one side (rang) is opend; approximately 25 people then bolt out of their cell down the narrow tier, tight formation, some with mask on, some haphazardly wearing it, others not caring-and we walk down stairs then back up and around the horseshoe tier, past 22 cells with men standing, breathing,yelling directly through the window-having to past at 1-2 feet away, maximum. No one wears their mask in their cell. There is no way to social distance during chow service; the men do not stay spaced even if I create space, someone soon cuts in and are in my immediate proximity.

## SHOWER

Each tier has a tiny shower room with three shower stalls and entry arear which is approximately 6x8 feet. The window is welded closed, the exhaust port in the celing has a steel plate riveted over it. There is no ventilation inside the shower area. The celings drips with large water droplets due to 100% constant humidity. There is black mold on the walls, ceiling and shower curtains. The showers are right next to each other-no ability to socially distance in the shower outside which drying off and any cough/sneez droplets is immediately caught into the humidity and condenses and rains down on you from the celing. There is no proper cleaning; no bleach or any, pungent, powerful

cleanser being used. People catch staph infections, athletes foot reguarly. The floor remains a constant puddle due to poor tile work which doesn't channel water to drain. The shower curtains are in terrible condition (torn, moldy, filty).

## COMPUTERS (In Housing Unit)

There are four computers in housing unit; one on the ground floor at the base of the stairs where approximately 130 men directly pass to get back to their cells, constantly throughout the day. The other three are located on the second tier loft, tightly

Packed together, forcing us to sit shoulder to shoulder when sending emails/using system. These computer terminals are rarely cleaned/ wiped down. There is no ability to socially distance while using computers or to be at a sanitized unit.

## PHONES

We have four phones; obviously they are in high demand people run to the phones, pack themselves in tight lines as they anxiously wait to use the phone, subconsciously believing "the closer I am to the phone; tighter I am in line, the better my chances are at getting a call" symbolically, these men compost themselves like nervous hyenas foraging on a carcus after going without food. In addition to being unable to maintain social distancing while using the phone and waiting in line to do so- it is almost impossible to hear the dialed party due to all the yelling and anxious energy displayed in the housing unit. The phones are not sanitized after use and are not wiped down after every use; it is not possible to do it with over-crowding-nor is it logistically possible due to design and placement of phones on all tiers.

## LAW LIBRARY

The legal research computers are placed in a tight circle in the center of the library and you sit right next to each other-shoulder to shoulder. Even if told to use every other one-the circular design seating has you within 4 to 5 feet of each other. The inmates are just happy we made it (finally) to the law library (we are only
 allowed 1 hour a week) in the law library, thats 5 hours a month. Same scenario with out dated (1980's) typewriters-they provide some distances, but not six feet and a saranwrap plastic sheet is in-effective if it is not changed after every use.

## MASK USAGE

Local memoranda states that mask/face coverings will be strictly enforced, but that is not true. Both staff and inmates regualary are observed without coverings and I am unaware of any staff or inmates being disciplined or sanctioned for not wearing a mask. It is impossible to remain safe or socially distance oneself when you can't direct staff to follow the rules-or direct inmates to wear their mask-and trying to avoid conflict and contagion by creating distance between these people impossible. Nowhere to go; can't get away from them.

## MEDICAL CONCERNS

AS of this writing, I have been diagnoses with COVID-19, there has been no follow up treatment no blood labs/panels have not been done by medical staff after having being diagnoses with high blood presure, kidney disease, and bronchitis. It is impossible to remain safe or socially distance oneself when you can't direct staff to follow the rules-or direct inmates to wear their mask-and trying to avoid conflict and contagion by creating distance beteween these people is impossible, yes I have been diagnoses with COVID-19, but so was Muhammad Yysef, and after two weeks of his recovering from COVID-19 he was found unresponcive and died.

I, Marcus Belton do declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and this Declaration/Affidavit was executed on September 21, 2020; in Lompoc, CA. 93436.                    /s/Marcus Belton

_Marcus Belton_
_98703-011_

# Exhibit G

**From:** Aminah Glenn
**To:** Ashley Riser
**Subject:** Re: Hospital
**Date:** Monday, September 28, 2020 11:18:12 AM

Good Morning

███████████████████████████████████████

We as the family did not know that Marcus was sent out to the hospital until a inmate wife called me and said Marcus had left the prison sick and been gone so we should call to check on him. When we called we got no answer about where he was, or anything about Marcus catching covid 19.

We as family continued to call for weeks and got no answer the next week the unit staff manager lied to Marcus mother and said he was ok nothing wrong with Marcus the prison is just locked down to control the spread of the virus.

We did not learn about Marcus catching covid 19 until they allowed him to call home after not hearing from him for 5 weeks straight.

The only medical records I can get together would be from his primary care provider when he was home, dr Karl Konstatine in Oakland.

███████████████████████████████████████

Thank You



# Exhibit H

To Whom it may Concern:

I am Krystal Sipp-Glenn Marcus Belton AKA Samuel Glenn is my husband, we have been married 13 years and counting. Praying that you grant us a second chance by granting Marcus an early release from his prison Sentence. Marcus has four sons who love and miss him dearly, we do not have any children together. In 2012 I became pregnant but choose to have an abortion out of fear of provety and not being stable mentally. Now I'm 34 years old with a stable Job at Tesla Fremont Factory and a solid foundation I'm ready and able to be a mom But my husband is incarcerated with a 20 year sentence. I'm begging that you give Marcus a second chance to be a model citizen by realeasing him from prison and give me an opportunity to be a mom. Marcus seem different in the way he speaks, doing things if granted another chance. He also knows that he is getting older and his health is not what is used to be. Marcus has always had big problems health wise exspecially with his blood presure. We as a family is ready to get him the help he needs to get back healthy, get a Job and help with his mother

who is very sick and ill. We as a family have notice and all have talked about the level of patients he has gained since being incarcerated. Marcus has a huge family and they our a close netted and stick togther, watching over the years how close they are made me close with my family.

It was so tormenting when Marcus tested positive for covid-19. An Imate from the prison called me and said "Marcus was rushed out unit taken to hospital outside facility". Me and several families called Lompoc to get information bot was told everthing is confidential no information about his well being was given. four weeks later we finally got a call from Marcus saying he inded tested positive for covid-19 and that his breathing was still not horme. I am so worried about his state of health because of the list of herediterry issues and his own health problems. more so than ever now. He knows he could have died in prison this time around and that I know is what change him this time around. Thank you for reading.

Krystal Sipp Glen

9-26-2020

My name is Saheed Glenn I am 20 years old, Marcus Belton is my dad. I miss my dad everyday. It's been 7 long years since he has been incarcerated.  Our family is all we have and without my dad here with us, it has been rough on our entire family. We have lost my uncle (Lance) in 2015, grandpa (Dave) in 2016, my uncle (junior) in 2018, aunties (Lonnie & Quita) in January 2020 and 2 other close family friends.  All due to health complications.

Please show mercy on my dad and forgive him, I notice a big change in him after realizing he could have and almost did lose his life battling covid-19, especially with his pre existing health problems. My dad has also shown me a difference  by holding himself accountable.

I am ready for my dad to come home please. He has missed me graduating from middle school and high school because he was incarcerated. I started my music career which is just now starting to pay off financially. If given the opportunity for early release my dad will be hired as my assistant/manager immediately. So he will have a way to earn legal money and not look back at old habits.

I need my dad here for many reasons all the reasons a son should be with there dad, Structure, guidance, advice and love

Thank You

10-06-2020