# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 12 minutes |
| Date: | November 6, 2020 | | |
| Case No. | **4:14-cr-00030-JST-1** | | |

**United States of America**      v.      **Marcus Belton**

                                                            Defendant
                                            ☐ Present
                                            ☑ Not Present
                                            ☑ In Custody – appearance waived

| | |
|---|---|
| | Julia Jayne |
| Thomas Green | Ashley Riser |
| U.S. Attorney | Defense Counsel |
| | |
| | Court Reporter: Lee-Anne |
| Courtroom Deputy Clerk: Mauriona Lee | Shortridge |

### *PROCEEDINGS*

Motion for Compassionate Release Hearing – held.

### *RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Argument heard from both parties. Motion taken under submission. Written order to issue.

1