UNITED STATES COURT APPEALS FOR THE

NINTH CIRCUIT

United States Of America,
plaintiff

v.

Marcus Belton
Defendant.

FILED
NOV 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

) Case No. CR-14-030-JST
) Notice of Appeal Motion for
) Compassionate Release Pursuant
) To 18 U.S.C. §3582(c)(1)(A), And
) 18 U.S.C. §3553(a)'s Factors
) Statutory interpretation, begin
) with the TEXT See. Bostock v.
) Clayton CNTY., Georgia, 140 S. Ct.
) 1731, 1737(2020). Pro Se, seeAttached
) Appendix's six pages, And Exhibits
) H,I,J. And Letters from the community
) , And U.S. District Court's order.

Now comes Defendant, Marcus Belton now moves this court for an order to move Mr. Belton to home confinment because of facts in his medical record Id in this motion, shows "extraodinary and compelling reasons" discussed in Belton's Brief, May the record reflect that Belton's Mother passed away on November 13, 2020. And He respectfully ask that this Court proseed in ad-Hoc, and full review on the issues befor the Court.

To the Honorable Judge Tigar
This letter is about compassion not law, and about why My Mother last wishes werent granted She hasnt ever commited a crime, though I may have been convicted Of a crime, never a crime of violence no more violent than Shine runners during prohibition or Canabus marchants in certan States today. Again this is not about law but compassion, So I will now Share My reasons for My Pre-trial and trial behavior and motivation to Challenge My case See the attached document page 10 first paragraph it clearly states that the delivery was cancelled when the Defendant identified the Surveillance agents. Yet the Government went before the Grand Jury with false information Saying that a drug deal took place. And now here again the Government has went before the Grand Jury Saying that I sold drugs to Mr. Beals, Which is not true

and due to grave Brady violations I was unable to Show min cam recordings that I never Sold any drugs to Mr. Beals, to Support the probable cause to Search that car, Yes I was around things that I Should not have been around but I have never been convicted of any crime of violence like Mr. Zeigler who's background shows victims of violence, did You ever have a chance to read My Mothers last request before her death, all I ask of You Judge Tigar is to not look at Me as a violent person, but as a Man that has made poor choices, There is still Compassion to be shown and You are the only one that can Show My family that Opportunity of compassion by reconsideration, and allowing Me to attend My Mothers funeral and be there for My wife and kids, allow Me that Same Opportunity You gave Mr. Zeigler. And please read My Mothers

last request, and the attached document Id as page 10 first paragraph to have an understanding Of why I went to trial and My pre-trial behavior and motivation to challenge My case, it was neve to Challenge Your authority or the Government's I was only trying to exercing My Constitutional, Statutory and procedural rights to Show the truth, I have been consumed by the fight for My freedom and the lost Of My family by death, and I ask of You as a humane Judge to Show Me Some Compassion for My current Situation I have also inclosed a current Photo of My current healty is declining, and the past 7 years Of My trial and tribulation have Changed Me, I'm no longer the Man You Sentenced Years ago and if given that Chance to be a law abiding Citizen and to attend My Mothers funeral, and be home with My wife and family

I would be greatful, and would never put My family, My community in danger and I do realize that if given this Opportunity I would still be on home confinement for the remainder of My Sentence, there is a Small change in My release plans I now would be living with My wife Krystal N. Sipp in Stockton CA. And I request that I'd be allowed to work once I find employment

11-15-2020.

To Whom it may concern

My name is JoEva Wiggins Wellington
I am the mother of an Inmate at Lompoc prison
Marcus Belton 98903-011

Our family has lived in California since 1953. Ive Worked for Alameda County 42 years. and now Im Retired. since Marcus has been incarcerated he has Lost His Father, Grandmother, Brother, sister and 2 aunts, He was unable to attend these funerals.

At this Time Im 74 years old and Verry Ill Ive Have 4 open Heart surgerys and Im praying I can see my son one more time before I leave this earth.

It is so sad the way the system is set up for Black people, Ive seen people get less time for murder.

I pray That He is allowed to come home as soon as possible because I need him to help me My Daughter was helping me But she passed away 2-25-2020

With urgent prayers.
Please send my Son Home

JoEva Wiggins Wellington

10-1-2020



[illegible] My brother [illegible] years and my mother is [illegible] all [illegible] because!

We need the courts to have mercy and allow him to come home out of 6 siblings there are only 3 of us left and I have had open heart surgery and my mother has had 3 triple bypass operations so I am not a great help to care for her at this time we need him home badly to help care for her.

Marcus Also contracted the Corona-virus while incarcerated, I was in fear that he would die which took a great toll on her recovery please dont let him not be able to see her before she passes away. there have been 7 deaths in the family that he was not able to attend.

People that have done way more serious crimes and got less time than Mr. Belton so the family ask that you please have mercy on him

Takithea Secrease

| | | | | | |
|---|---|---|---|---|---|
| 38. | 06/13/1998 (Age 26) | Use of a Communications Facility to Commit a Drug Felony, felony/ United States District Court, , Oakland, CA; Docket No.: CR 98-40082-11-DLJ | 12/21/2000: Four years custody in the Bureau of Prisons, one year supervised release 06/07/2002: Released from custody 10/03/2002: Arrested 11/27/2002: Supervised release revoked, 10 months custody in the Bureau of Prisons, released from custody 01/03/2003: Failed to self-surrender 01/06/2003: Warrant issued 01/24/2003: Arrested | 4A1.1(a) 4A1.2(k)(1) | 3 |

The defendant was represented by counsel. According to the presentence report, on February 7, 1998, the defendant used a telephone and pager in Oakland, California to negotiate the delivery of approximately one (1) kilogram of cocaine for approximately $15,500. However, the delivery was cancelled when the defendant identified the surveillance agents. It is noted, the defendant was sentenced to four years of custody pursuant to USSG §5Gl.l(a), because the guideline range for his crime (57 to 71 months) was more than the statutorily authorized maximum sentence of four years.

The defendant was released from custody on June 7, 2002. According to the Bureau of Prisons' records, the $100 special assessment was paid prior to his release. However, during Belton's short period of supervised release, the defendant was involved in numerous violations. On July 8, 2002, during a meeting with United States Probation Officer, Belton indicated his driver's license was suspended and he understood he was not allowed to operate a vehicle. However, on that same date, the defendant was observed leaving a parking garage (adjacent to the Oakland Federal Building) driving a 1992 Lexus sedan (later determined to be registered to his mother). On July 23, 2002, the defendant submitted a urinalysis sample which tested positive for cocaine metabolite. On August 6, 2002, and August 18, 2002, Belton submitted urinalysis samples which tested positive for THC metabolite. Additionally, he failed to report for eight urinalysis tests scheduled between June 22, 2002, and August 24, 2002. The defendant also failed to report for counseling on June 26, 2002 and August 21, 2002. On September 4, 2002, based on the reports that the defendant had failed to report for appointments, services at the East Bay Community Recovery Project (EBCRP) were terminated. On October 3, 2002, Belton was arrested in Oakland, California for Possession of a Controlled Substance (approximately one-half ounce of crack cocaine). Subsequently, an acquaintance of Belton's took responsibility for the narcotics, indicating he mistakenly left some cocaine inside the pocket of a pair of brown pants in the closet of the apartment where Belton was arrested. It is noted, other clothing and items that belonged to Belton



Marcus Belton, 98903-011
United States Penitentiary-Lo
3901 Klein Blvd.
Lompoc, CA. 93436.



U.S. District Court
Clerk for the Ninth Circuit
1301 Clay St
Oakland, CA. 94612



Case 4:14-cr-00030-JST   Document 353   Filed 11/18/20   Page 12 of 13

MEAD 9" X 12" PRESS & SEAL
WHITE ENVELOPES 5CT
0 43100 76037 5
6503021